# GOVERNMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

050000957

2005 FEB 28 AM 11:38

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | HOUMAN MICHAEL MATINI |
| 1b. DECEDENT'S AKA | |
| 2. SEX | MALE |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE - Last Birthday (Years) | 36 |
| 5. DATE OF BIRTH | 7/9/1968 |
| 6. BIRTHPLACE | Iran |
| 7a. RESIDENCE - STATE | Virginia |
| 7b. COUNTY | Fairfax |
| 7c. CITY, TOWN, OR LOCATION | Vienna |
| 7d. STREET AND NUMBER AND QUADRANT | 1919 Gables Ln. |
| 7f. ZIP CODE | 22182 |
| 7g. INSIDE CITY LIMITS? | YES |
| 8. EVER IN U.S. ARMED FORCES? | NO |
| 9a. MARITAL STATUS AT TIME OF DEATH | Married, but separated |
| 10. SURVIVING SPOUSE | Massomeh Ashoori |
| 11. FATHER'S NAME | Nasser Matini |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Mahin Ferdows |
| 13a. INFORMANT'S NAME | Alex Matini |
| 13b. RELATIONSHIP TO DECEDENT | brother |
| 13c. MAILING ADDRESS | 1015 33rd St., N.W. Wash., D.C. 20007 |
| 14. PLACE OF DEATH | Inpatient |
| 15. FACILITY NAME | GEORGE WASHINGTON UNIVERSITY HOSPITAL |
| 16. CITY, TOWN, STATE, ZIP CODE | WASHINGTON, D.C. |
| 17. COUNTY OF DEATH | |
| 19. METHOD OF DISPOSITION | Burial |
| 19a. PLACE OF DISPOSITION | National Memorial Park |
| 19b. DATE OF DISPOSITION | 2/25/05 |
| 20. LOCATION - CITY OR TOWN AND STATE | Falls Church, VA |
| 21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | Universal, Inc. 411 Kennedy St. N.W. Wash., D.C. 20011 |
| 23. LICENSE NUMBER | 064 |
| 24. DATE PRONOUNCED DEAD | FEBRUARY 20, 2005 |
| 25. TIME PRONOUNCED DEAD | 1:01 P.M. |
| 29. ACTUAL OR PRESUMED DATE OF DEATH | N/A |
| 30. ACTUAL OR PRESUMED TIME OF DEATH | N/A |
| 31a. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 31b. ME CASE NUMBER | 05-0529 |

### 32. CAUSE OF DEATH

PART I.
a. IMMEDIATE CAUSE: BLUNT IMPACT HEAD, NECK AND CHEST TRAUMA

| Field | Value |
|---|---|
| 33. WAS AN AUTOPSY PERFORMED? | YES |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | YES |
| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? | NO |
| 37. MANNER OF DEATH | Accident |
| 38. DATE OF INJURY | FEBRUARY 20, 2005 |
| 39. TIME OF INJURY | APPROX. 2:10 A.M. |
| 40. PLACE OF INJURY | STREET |
| 41. INJURY AT WORK? | NO |
| 42. LOCATION OF INJURY - State | WASHINGTON | 
| City or Town | D.C. |
| Street and Number | 3600 BLK. OF M ST., N.W. |
| 43. DESCRIBE HOW INJURY OCCURRED | DRIVER INVOLVED IN ACCIDENT |
| 44. IF TRANSPORTATION ACCIDENT | Driver/Operator |
| 45. CERTIFIER | Medical Examiner |
| 46. NAME, TITLE AND ADDRESS OF CERTIFIER | CONSTANCE R. DiANGELO, M.D. 1910 MASSACHUSETTS AVENUE SE, WDC |
| 49. DATE CERTIFIED | 02-22-05 |
| 54. DECEDENT'S USUAL OCCUPATION | Management |
| 55. KIND OF BUSINESS / INDUSTRY | Information Technology |
| 53. DECEDENT'S RACE | White |

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD.

March 1, 2005
DATE ISSUED

JULIA DAVIDSON-RANDALL, REGISTRAR