**UNUMPROVIDENT**

Unum Life Insurance Company of America
Portland, Maine 04122-1870

**Group Enrollment Form**

| 1. Policy # | 2. Division # | 3. Policyholder's Name | | |
|---|---|---|---|---|
| 4. Employee's Last Name **Matini** | First **Houman** | Middle Initial **M** | 5. Social Security Number **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** | |
| 6. Birthdate **07/09/1968** | 7. Employment Date **11/02/1996** | 8. Sex ☐F ☒M | 9. Salary $ **75** | ☐ Weekly ☐ Monthly ☒ Annually | 10. Hours Worked Weekly **45** |

11. Occupation/Title **SA2**

12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available.

| Life/AD&D | ☒ Yes | ☐ No | LTD | ☒ Yes ☐ No |
| STD | ☒ Yes | ☐ No | Dependent Life | ☐ Yes ☒ No |

| 13. Beneficiary(ies) Last Name **Matini** | First **Masih** | Middle Initial **Ashoori** | 14. Relationship **Wife** |

- To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form; if I have declined all or portions of coverage, I understand that Unum may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _____ Date: **10/30/2002**

16. For Unum Use:

| Class | | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|---|
| ___ Life/AD&D | | __/__/__ | ___ STD | __/__/__ |
| ___ Dep Life | | __/__/__ | ___ LTD | __/__/__ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91 (8/01)

**UNUM COPY**