**SMOLEN PLEVY**
ATTORNEYS AND COUNSELLORS AT LAW
FIFTH FLOOR
8045 LEESBURG PIKE
VIENNA, VIRGINIA 22182

SMOLENPLEVY.COM

WASHINGTON, D.C.
BETHESDA, MARYLAND

☎ 703.790.1900
📠 703.790.1754
TOLL FREE 866.790.1909

OF COUNSEL
LEONARD J. DACK

FILE NO. 1611

April 22, 2005

Mr. Peter Sailor
Director Claims Department
Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Mr. Thomas Crain
Senior Life Claims Examiner
Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Re:  Participant: Houman Matini
     Claimant: Masih Matini
     Claim No. 2005-081-112; 121
     Policy No. GL134491 and VAR 202119 issued to Sytex, Inc.

Dear Messieurs Sailor and Crain:

The undersigned is counsel to Ms. Masih Matini, the widow of Houman Matini. It is my understanding that based upon the life insurance policies in effect at the time of Mr. Matini's death that our client, the sole designated beneficiary, has made a demand for payment. It is further my understanding that there are no other designated beneficiaries on the above referenced policies. Our review of the policies previously forwarded and the applicable law reflects that there is no justifiable reason why payment should not be made to our client immediately.

I understand that Mr. Matini's brother has tried to file a claim on behalf of Mr. Matini's father. However, there is no legally justifiable reason for honoring that claim. The review of the applicable law and your own policies provide no basis for withholding payment to our client. We look forward to receiving your check in full satisfaction of your obligations under the above referenced policies and claims. Immediate prompt attention, cooperation and regard is appreciated.

Very Truly Yours,

SMOLEN PLEVY

Alan B. Plevy

ABP:mrj
cc:  Ms. Masih Matini