# F. Alexander Matini

1015 33rd Street, NW, Unit 410
Washington, DC 20007

RECEIVED
MAY 0 3 2005
DEBRA STAPLES

Telephone (202) 329-8000
Facsimile (202) 318-8899
Email alexmatini@yahoo.com

April 29, 2005

<u>Sent via USPS Certified Mail, Return Receipt Requested</u>

Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Attention: Mr. Peter Sailor
Director, Claims Department

REF: Insured Person: Houman Michael Matini
Claim #: 2005-081-112; 121
Policy #: GL 134491 and VAR 202119 issued to Sytex, Inc.

Dear Mr. Sailor:

I am in receipt of your letter dated April 6, 2005.

Respectfully, your understanding that Masih Ashoori Matini is the rightful beneficiary of Houman Matini's life insurance policy is grossly in error. This will be my last contact with your firm and the Estate of Houman Matini is turning over this matter to its attorneys.

Again for the record, please be advised that <u>we will hold all Reliance Standard Life Insurance Company liable for any payments made to Masih Ashoori Matini or any other entity or person except to the rightful beneficiary, Nasser Matini, and intend to litigate this matter vigorously.</u>

You will be next contacted by the Estate's attorneys. Thank you.

Sincerely,

F. Alexander Matini
Executor for
Estate of Houman Michael Matini

/am