IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELIANCE STANDARD<br>LIFE INSURANCE COMPANY<br>2001 Market Street, Suite 1500<br>Philadelphia, PA 19103<br><br>v.<br><br>MASOOMEH ASHOORI MATINI<br>1800 Old Meadow Road<br>#1011<br>McLean, VA 22102<br><br>and<br><br>F. ALEXANDER MATINI<br>individually and as Administrator of the<br>ESTATE OF HOUMAN MICHAEL MATINI<br>1015 33rd Street, N.W.<br>Unit 410<br>Washington, D.C. 20007 | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, Reliance Standard Life Insurance Company makes the following disclosure, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Reliance Standard Life Insurance Company is an indirect subsidiary of Delphi Financial Group, Inc., which is traded on the New York Stock Exchange as DFG.

TAYLOR SYLLA & AGIN, LLP

BY: _____
Jean-Marie Sylla, Jr., Esquire
Bar No. 469371
1220 Nineteenth Street, NW, Ste. 501
Washington, DC 20036
Telephone: 202.689.8991