IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RELIANCE STANDARD
LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                      Civil Action No.: 1:05CV01101 (HHK)

MASOOMEH ASHOORI MATINI,

and

F. ALEXANDER MATINI,

    Defendants.

### DEFENDANT MASOOMEH ASHOORI MATINI'S
### RULE 12 MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Masoomeh Ashoori Matini hereby moves to dismiss the claims brought by Plaintiff, Reliance Standard Life Insurance Company against Defendant Masoomeh Ashoori Matini for lack of jurisdiction, improper venue, *forum non conveniens* and failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth more fully in the accompanying Memorandum. A proposed order is submitted herewith.

                                                  Respectfully Submitted,

                                                  MASOOMEH ASHOORI MATINI
                                                  By Counsel

                                                  _____
                                                  Bernard J. DiMuro, Esq. (D.C. Bar #929406)
                                                  DIMURO GINSBERG, P.C.
                                                  908 King Street, Suite 200
                                                  Alexandria, VA 22314
                                                  (703) 684-4333
                                                  (703) 548-3181 (facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was faxed and mailed, postage prepaid this 28th day of June, 2005 to the following:

Jean-Marie Sylla, Jr., Esq.
1220 Nineteenth Street, N.W.
Suite 501
Washington, D.C. 20036
(202) 689-8991 (ph)
Counsel for Plaintiff

Jason D. Smolen, Esq.
SMOLEN PLEVY
8045 Leesburg Pike, Suite 450
Vienna, VA 22182
(703) 790-1900 (ph)
(703) 790-1754 (fax)
Co-counsel for Defendant
Masoomeh Ashoori Matini

_____
Bernard J. DiMuro