

EXHIBIT A

**FIDUCIARY ACKNOWLEDGMENT – DECEDENT ESTATE**
Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2005-0074444

**In re: Houman Matini a/k/a Houman Michael Matini, deceased**
Date of Qualification: 02/28/2005

I, Farid Alexander Matini in my capacity as Executor do hereby acknowledge that I have received from the Clerk of the Fairfax County Circuit Court, an Information Packet which includes the following: a Schedule of Fees for the Commissioner of Accounts, Inventory forms with instructions; Accounting forms with instructions; Statement in Lieu of Settlement of Accounts and a Tax Certificate form.

As Fiduciary, I understand I am charged with the general responsibilities as follows:

1. Giving notice of my qualification or of probate as required by law.

2. Recording an Affidavit of Notice of qualification or probate in the Clerk's office where the will is recorded, as required by law.

3. Filing any individual, fiduciary income or estate tax returns required by the state or federal governments.

4. Filing an Inventory with the Commissioner of Accounts no later than four months after my qualification date.

5. Filing a Settlement of Accounts OR a Statement in Lieu of Settlement of Accounts with the Commissioner of Accounts no later than 16 months after my qualification date.

6. Paying all probate taxes due to the Clerk of the Circuit Court.

7. Keeping assets under my control as fiduciary separate from my individual and personal assets by establishing a separate fiduciary bank account (into which I will deposit all receipts and from which I will make all disbursement) that provides canceled checks which are to be submitted when my accountings are filed.

8. Exercising reasonable care in the investment and/or sale of assets and payment of debts with funds under my control.

9. Notifying the Commissioner of Accounts, on any change of my address and phone number (and that of my resident agent if applicable).

_____, Farid Alexander Matini

Home address: 1581 Leeds Castle Dr #102, Vienna, VA 22182
Home telephone number: 703-848-1833

Employer name: Apex Matrix LLC
Work address: 1015 33rd St NW  #410, Washington, DC 20007
Work telephone number: 202-329-8000

## OATH OF FIDUCIARY

Fiduciary Number FI-2005-0074444

**Estate of Houman Matini a/k/a Houman Michael Matini, deceased.**

COMMONWEALTH OF VIRGINIA, COUNTY OF FAIRFAX, to-wit:

    I, Farid Alexander Matini, do solemnly swear or affirm that I will faithfully and impartially discharge all the duties incumbent upon me as Executor according to the best of my ability and judgment and pursuant to the laws of the Commonwealth of Virginia.

The writing admitted to record is the true last will and testament of the deceased, so far as I know.

_____
Executor

Subscribed and sworn to before me this 28th day of February, 2005.

_____, Deputy Clerk

## MEMORANDUM OF FACTS – PROBATE
Circuit Court of Fairfax County, Virginia

**Fiduciary Number FI-2005-0074444**

**Estate of: Houman Matini a/k/a Houman Michael Matini, deceased.**

Residence address: 1919 Gables Lane, Vienna, VA 22182
Decedent's date and place of death: 02/20/2005 – Washington, DC
Decedent's marital status: Married     Date of Birth: 07/09/1968

Decedent died: Testate: will admitted to probate
Date of will: 09/24/2004     Date of codicil(s):
How proved: self proving

Type of Fiduciary: Executor
Basis of Appointment: Named In Will

Fiduciary Name: Farid Alexander Matini
Home Address: 1581 Leeds Castle Dr #102, Vienna, VA 22182
Home Telephone Number: 703-848-1833
Work Address: 1015 33rd St NW #410, Washington, DC 20007
Work Telephone Number: 202-329-8000

Resident Agent name:
Service Address:
Home Telephone Number:          Work Telephone Number:

Estate Value:
Personal Assets: $15,000.00     VA Real Estate: $0.00     Total: $15,000.00

Power of sale over realty: No

Bond Amount: $30,000.00  Without Surety
Surety Waived By: Will

Inventory and accountings waived: No

Remarks:  Property Transfer: NO   Qualification: YES

Date: 02/28/2005                                   _____, Deputy Clerk

Fiduciary #: FI-2005-0074444     # of Pages: 1
Date: 02/28/2005                 WILL BK 00753 PG 0259
Estate: MATINI, HOUMAN
Recorded in
FAIRFAX COUNTY CIRCUIT COURT
TESTE: JOHN T. FREY

007530259

Form 49          Memorandum of Facts – Decedent doc          version 1.1          Date Modified: 1/24/2005

IN THE CIRCUIT COURT OF FAIRFAX COUNTY
PROBATE INFORMATION FORM
PLEASE PRINT CLEARLY

Fiduciary Number: FI-2005-0074444

1. Decedent's full name exactly as it appears on the death certificate:
   HOUMAN MICHAEL MATINI

2. Decedent's full name exactly as it appears on the will & codicil(s), if such document exists:
   HOUMAN MICHAEL MATINI

3. ☑ Married but Separated (FAH)   ☐ Widowed   ☑ Divorced   ☐ Never Married

4. Decedent's residence address at death (street, city, state): _____

5. Date of Death: 2/20/05   Place of death: 2/20/2005 WASH. DC   Date of Birth: 7/9/1968

6. Proof of death: ☑ Death Certificate:   ☐ other _____

7. Decedent died: ☑ with a will   ☐ without a will   ☐ with a codicil   ☐ without a codicil

8. Date of will: SEP 29, 2004   Date of codicil(s): _____

9. Name, address & telephone number of ALL PERSONS probating will and/or seeking appointment as:
   ☑ Executor   ☐ Administrator   ☐ Other _____

   A. Name: FARID ALEXANDER MATINI
   Address: 1581 LEEDS CASTLE DR. #102 VIENNA VA 22182
   Home Telephone #: (703) 848-1833   Work Telephone #: (202) 329-8000
   Employer's Name: APEX MATRIX LLC
   Work Address: 1015 33RD ST. NW #410 WASHINGTON DC 20007

   B. Name: _____
   Address: _____
   Home Telephone #: ( ) _____   Work Telephone #: ( ) _____
   Employer's Name: _____
   Work Address: _____

   C. Name: _____
   Address: _____
   Home Telephone #: ( ) _____   Work Telephone #: ( ) _____
   Employer's Name: _____
   Work Address: _____

   D. Name: _____
   Address: _____
   Home Telephone #: ( ) _____   Work Telephone #: ( ) _____
   Employer's Name: _____
   Work Address: _____

Probate information (7/16/2002)

If the person(s) seeking appointment is(are) *NOT* a Virginia resident, then bring a Virginia resident with you to your appointment to either co-qualify as executor/administrator or to be appointed as the resident agent. If the resident agent is unable to accompany/appear at the appointment, then bring a completed, <u>notarized</u> Resident Agent form.

10. Is the fiduciary a licensed Virginia attorney?   ☐ Yes   ☑ No
11. Does an attorney represent the Fiduciary?   ☐ Yes   ☐ No

If yes, please state the name, address and telephone number of the attorney:

_____

_____

_____

12. Was the decedent a Fairfax County or Fairfax City Resident?   ☑ Yes   ☐ No
    If no, the jurisdiction of probate is where the decedent was residing.

13. Was the decedent in a nursing home at the time of death?   ☐ Yes   ☑ No
    If yes, where did the decent reside prior to entering the nursing home?

_____

14. Basis for request: ☑ executor named in will   ☐ Other _____

15. The approximate value of personal assets held in the decedent's name **alone**:
    Personal: $ 15000

16. The fair market value of the real estate and the county/city it is located in the decedent's name alone.
    Virginia Real Estate: $ —0—
    Location: N/A
    Real Estate **outside** of Virginia: _____

## INFORMATION TO BE FURNISHED BY EACH PERSON SEEKING QUALIFICATION

17. Are you a person under a disability?   (See Instructions for Explanation.)   [ ] Yes   [✓] No
18. Have you ever been convicted of a felony?   [ ] Yes   [✓] No
19. Have you ever filed for bankruptcy?  Discharged in 2/2001 (FAM)   [✓] Yes   [ ] No
20. Are you now, or have you ever been, an attorney at law in Virginia or elsewhere?   [ ] Yes   [✓] No
    (if yes, and you do not now possess an active license from the Virginia State Bar, explain the details on a separate sheet of paper.)

I(we) hereby certify that to the best of my(our) knowledge and belief this is an accurate statement of facts, and I(we) acknowledge a continuing duty to report any later discovered errors or inconsistencies to the Clerk of Court.

2/28/05    FARID ALEXANDER MATINI    _____
Date       Printed Name of Requesting Person    Signature of Requesting Person

_____    _____    _____
Date       Printed Name of Requesting Person    Signature of Requesting Person

_____    _____    _____
Date       Printed Name of Requesting Person    Signature of Requesting Person

_____    _____    _____
Date       Printed Name of Requesting Person    Signature of Requesting Person

Probate information (7/16/2002)