IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RELIANCE STANDARD
LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                      Civil Action No.:  1:05CV01101 (HHK)

MASOOMEH ASHOORI MATINI,

and

F. ALEXANDER MATINI,

    Defendants.

## ORDER

Upon consideration of defendant Masoomeh Ashoori Matini's Motion to Dismiss, the Memorandum in Support thereof, and any Opposition herein filed, it is hereby

ORDERED that the Motion to Dismiss is granted on the grounds of lack of subject matter jurisdiction, improper venue, forum non conveniens and failure to state a claim; and it is further

ORDERED that the Interpleader Complaint filed by Plaintiff is dismissed.

ENTERED this the _____day of _____, 2005.

_____
Henry H. Kennedy, Jr.
United States District Judge