

# primus.

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

*******AUTO**MIXED AADC 750- 25495 A 8.9908.144.306

ZEINA ASIF/ALEX MATINI
1015 33RD STREET NW UNIT NO410
WASHINGTON DC 20007-3523

## Account Summary

### Account Information

| | |
|---|---|
| ACCOUNT NO: | 6723424 |
| BILL DATE: | 04/07/05 |
| BILLING PERIOD: | 03/08/05 - 04/07/05 |
| DATE DUE | May 08, 2005 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $66.25 |
| PAYMENTS RECEIVED- THANK YOU | 42.37CR |
| ADJUSTMENTS | 0.00 |
| **BEGINNING BALANCE** | **$23.88** |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 12.48 |
| RECURRING CHARGES | 6.45 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 1.43 |
| STATE TAXES | 0.73 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.56 |
| SERVICE CHARGES | 0.31 |
| **SUBTOTAL NEW CHARGES:** | **$22.95** |

### Total Amount Due  $46.83



### LEGEND

D = DAY                     X = ORIGINATING NUMBER UNAVAILABLE     T = TRAVEL CALL               N = NIGHT/WEEKEND
SI = STANDARD INTL          E = EVENING                             * = ORIGINATING NUMBER FOR TOLL FREE CALLS   EI = ECONOMY INTL

*[Page rotated 90°; bill from Primus Telecommunications]*

**primus**

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

********AUTO**MIXED AADC 750- [barcode]
ZEINA ASIF/ALEX MATINI
1015 33RD STREET NW UNIT NO410
WASHINGTON DC 20007-3523

## Account Summary

**Account Information**

| | |
|---|---|
| ACCOUNT NO: | 6123424 |
| BILL DATE: | 03/07/05 |
| BILLING PERIOD: | 02/08/05 - 03/07/05 |
| DATE DUE | April 06, 2005 |

**Previous**

| | |
|---|---|
| PREVIOUS BALANCE | $50.71 |
| PAYMENTS RECEIVED | 0.00 |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $50.71 |

**Current**

| | |
|---|---|
| NEW USAGE CHARGES | 6.31 |
| RECURRING CHARGES | 6.45 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 0.70 |
| STATE TAXES | 0.04 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.39 |
| SERVICE CHARGES | 0.66 |
| SUBTOTAL NEW CHARGES: | $15.54 |

**Total Amount Due** — **$66.25**

---

ZEINA ASIF/ALEX MATINI
Statement No: 67294
Invoice Date: 03/0[...]
Page 3[...]

| | FED TAX | STATE TAX | LOCAL TAX | TOTAL |
|---|---|---|---|---|
| | .18 | .00 | .00 | 6.11 |
| | .01 | .00 | .00 | .39 |
| | .19 | .00 | .00 | 6.50 |
| | | | | 6.50 |

**SUMMARY BY COUNTRY / RATE PERIOD**

| | TOTAL AMOUNT | STANDARD PERCENT | DISCOUNT PERCENT | ECONOMY PRICE |
|---|---|---|---|---|
| | 5.93 | 100.00 | .00 | |
| | | 34.00 | | |
| | | 8.50 | | |
| | | 27 | | |
| | | 0 | | |
| | | 0.02 | | |
| | | 703 | | |
| 961-3103360 | 0 | | | |
| | 5.93 | | | |

| | STATE TAX | LOCAL TAX | TOTAL |
|---|---|---|---|
| | .65 | .00 | 6.76 |
| | .04 | .00 | .43 |

*handwritten: paid 15.54 on 3/26/05 3/1/05*

**LEGEND**

T = TRAVEL CALL       X = ORIGINATING NUMBER UNAVAILABLE       N = NIGHT/WEEKEND
** = ORIGINATING NUMBER FOR TOLLFREE CALLS     E = EVENING       EI = ECONOMY INTL.
D = DAY
SI = STANDARD INTL

934

# primus.

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

*****AUTO**MIXED AADC 750-24805A.6.10981.1.4.0.308

ZEINA ASIF/ALEX MATINI
1015 33RD STREET NW UNIT NO410
WASHINGTON DC 20007-3523

## Account Summary

### Account Information

| | |
|---|---|
| ACCOUNT NO: | 6723424 |
| BILL DATE: | 02/07/05 |
| BILLING PERIOD: | 01/08/05 - 02/07/05 |
| DATE DUE | March 06, 2005 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $26.83 |
| PAYMENTS RECEIVED | 0.00 |
| ADJUSTMENTS | 0.00 |
| **BEGINNING BALANCE** | **$26.83** |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 12.98 |
| RECURRING CHARGES | 8.45 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 1.44 |
| STATE TAXES | 1.09 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.58 |
| SERVICE CHARGES | 0.35 |
| **SUBTOTAL NEW CHARGES:** | **$23.88** |

**Total Amount Due: $50.71**

---

EINA ASIF/ALEX MATINI
Statement No: 67234
Invoice Date: 02/

Page 3/t

| NBR # | MINUTES | AMOUNT |
|---|---|---|
| 0 284-1000 | 10.00 | 0 |
| 8 503-7000 | 1.00 | 0 |
| 2 1234941 | 1.00 | 0 |
| 2 1234941 | 2.00 | 0 |
| 0 121126008 | 9.00 | 0 |
| 3 592-7776 | 8.00 | 0 |
| 3 593-2000 | 2.00 | 0 |
| 1 477-1122 | 1.00 | 0 |
| 0 744-8451 | 1.00 | 0 |
| 4 9132800 | 5.00 | 1 |
| **LL6:** 10 | 40.00 | 5 |

| NBR # | MINUTES | AMOUNT |
|---|---|---|
| 8 503-7000 | 1.00 | 0 |
| 8 503-7000 | 24.00 | 1 |
| 8 503-7000 | 51.00 | 2 |
| 3 310-3885 | 1.00 | 0 |
| **LL6:** 4 | 77.00 | 4 |
| **LL6:** 17 | 132.00 | 12 |

### SUMMARY BY COUNTRY / RATE PERIOD

| | FED TAX | STATE TAX | LOCAL TAX | TOTAL | TOTAL AMOUNT | STANDARD PERCENT | DISCOUNT PERCENT | RECORD PERCENT |
|---|---|---|---|---|---|---|---|---|
| | .40 | .00 | .00 | .23 | 1.98 | 100.00 | .00 | |
| | .01 | .00 | .00 | 3.15 | 0.33 | 100.00 | .00 | |
| | .09 | .00 | .00 | 5.44 | 3.29 | 79.94 | 20.04 | |
| | .17 | .00 | .00 | 4.31 | | | | |
| | .13 | | | | 5.60 | | | |
| | | | | **13.38** | | | | |
| | .40 | .00 | .00 | 13.38 | 1.93 | .00 | 100.00 | |
| | | | | | 1.93 | | | |

### LEGEND

| | | |
|---|---|---|
| D = DAY | X = ORIGINATING NUMBER UNAVAILABLE | N = NIGHT/WEEKEND |
| S = STANDARD INTL | E = EVENING | EI = ECONOMY INTL |
| | T = TRAVEL CALL | |
| | * = ORIGINATING NUMBER FOR TOLLFREE CALLS | |

# primus.

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

*****"AUTO"*MIXED AADC 750-24871A.8.11470.1.4.0.309

ZEINA ASIF/ALEX MATINI
1015 33RD STREET NW UNIT NO410
WASHINGTON DC 20007-3523

## Account Information

| | |
|---|---|
| ACCOUNT NO: | 6723424 |
| BILL DATE: | 01/07/05 |
| BILLING PERIOD: | 12/08/04 – 01/07/05 |
| DATE DUE: | February 06, 2005 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $30.14 |
| PAYMENTS RECEIVED- THANK YOU | 30.14CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 15.87 |
| RECURRING CHARGES | 6.45 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 1.70 |
| STATE TAXES | 1.17 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.65 |
| SERVICE CHARGES | 0.00 |
| SUBTOTAL NEW CHARGES: | $26.83 |

**Total Amount Due** $26.83



Page 3/b
67234
01/(

ZEINA ASIF/ALEX MATINI
Statement No:
Invoice Date:

| NBER # | MINUTES | AMX |
|---|---|---|
| 1 3211285 | 1.00 | 0. |
| 5 6834874 | 4.00 | 0. |
| 1 3211285 | 8.00 | 1. |
| 1 3203560 | 11.00 | 2. |
| 5 6834874 | 4.00 | 0. |
| 1/6: 5 | 28.00 | 5. |

| NBER # | MINUTES | AMX |
|---|---|---|
| 0 286-8460 | 1.00 | 0. |
| 3 995-4136 | 4.00 | 0. |
| 0 798-0401 | 2.00 | 0. |
| 0 296-8460 | 2.00 | 0. |
| 0 729-1111 | 1.00 | 0. |
| 1 3211285 | 1.00 | 0. |
| 1 3211285 | 2.00 | 0. |
| 3 690-8743 | 5.00 | 0. |
| 0 823-3541 | 2.00 | 0. |
| 7 577-0562 | 2.00 | 1. |
| 1/6: 10 | 22.00 | 3. |

| NBER # | FED TAX | STATE TAX | LOCAL TAX | TOTAL |
|---|---|---|---|---|
| 0 761-0323 | .17 | .00 | 1.00 | 5.89 |
| 1 3211285 | .16 | .00 | 2.00 | 5.43 |
| 3 729-6644 | .05 | .00 | 1.00 | 1.84 |
| 1 3368533 | .09 | .00 | 3.00 | 3.18 |
| 1 3368533 | | | 1.00 | |
| 1 3368533 | | | 6.00 | |
| 1/6: 6 | .47 | .00 | 15.00 | 16.34 |
| | .47 | .00 | 91.00 | 16.34 |

## LEGEND

| | | | |
|---|---|---|---|
| D = DAY | X = ORIGINATING NUMBER UNAVAILABLE | T = TRAVEL CALL | N = NIGHT/WEEKEND |
| SI = STANDARD INTL | E = EVENING | * = ORIGINATING NUMBER FOR TOLLFREE CALLS | EI = ECONOMY INTL |

## primus.

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

*******AUTO**MIXED AADC 750-23054 A.B.11561.1.4.8.308

ZEINA ASIF/ALEX MATINI
1015 33RD STREET NW UNIT NO410
WASHINGTON DC 20007-3523

### Account Information

| | |
|---|---|
| ACCOUNT NO: | 6723424 |
| BILL DATE: | 12/07/04 |
| BILLING PERIOD: | 11/08/04 - 12/07/04 |
| DATE DUE: | January 08, 2005 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $58.75 |
| PAYMENTS RECEIVED - THANK YOU | 42.10CR |
| ADJUSTMENTS | 0.00 |
| **BEGINNING BALANCE** | **$16.65** |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 4.48 |
| RECURRING CHARGES | 6.45 |
| NON-RECURRING CHARGES | 1.51 |
| OTHER CHARGES AND CREDITS | 0.40 |
| STATE TAXES | 0.11 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.33 |
| SERVICE CHARGES | 0.21 |
| **SUBTOTAL NEW CHARGES:** | **$13.49** |

### Total Amount Due

**$30.14**

*Quicken Bill Pay 12/23/04*
*$30.14 paid*

ZEINA ASIF/ALEX MATINI    Page 3 (
Statement No:   6723-
Invoice Date:     12,

| NUMBER | FED TAX | STATE TAX | LOCAL TAX | MINUTES | AMT |
|---|---|---|---|---|---|
| 30 593-6536 | | | | 2.00 | |
| 10 744-5451 | | | | 1.00 | |
| 10 706-3221 | | | | 2.00 | |
| 10 285-4460 | | | | 1.00 | |
| 10 499-2704 | | | | 6.00 | |
| 10 384-1627 | | | | 1.00 | |
| 10 817-3264 | | | | 1.00 | |
| 10 224-0875 | | | | 1.00 | |
| 05 357-2073 | | | | 1.00 | |
| 10 224-0875 | | | | 1.00 | |
| ALLS: | 10 | | | 17.00 | |
| ALLS: | 13 | | | 33.00 | |
| | .11 | .00 | .00 | | 3.62 |
| | .03 | .00 | .00 | | 1.00 |
| | .14 | .00 | .00 | | 4.62 |
| | .14 | .00 | .00 | | 4.62 |

#### MARY BY COUNTRY / RATE PERIOD

| | TOTAL AMOUNT | FED TAX | STATE TAX | LOCAL TAX | STANDARD PERCENT | DISCOUNT PERCENT | BOOK PRCH |
|---|---|---|---|---|---|---|---|
| | 3.51 | .39 | .00 | .00 | 13 | | |
| | | | | | 33.00 | | |
| | | | | | 2.53 | | |
| | | | | | 29 | | |
| | | | | | 0 | | |
| | | | | | 0.01 | | |
| | | | | | 410 | | |
| | | | | | 410 224-0875 | | |
| | | | | | 0 | | |
| | | | | | 100.00 | .00 | |
| | 3.51 | | | | | | |

| | FED TAX | STATE TAX | LOCAL TAX | TOTAL |
|---|---|---|---|---|
| | .11 | .39 | .00 | 4.01 |
| | .03 | .11 | .00 | 1.11 |

### LEGEND

D = DAY         T = TRAVEL CALL                              N = NIGHT/WEEKEND
SI = STANDARD INTL.   X = ORIGINATING NUMBER UNAVAILABLE     EI = ECONOMY INTL.
                E = EVENING     * = ORIGINATING NUMBER FOR TOLLFREE CALLS

11561.3.4

Case 1:05-cv-01101-HHK    Document 6-4    Filed 07/08/2005    Page 7 of 10



# primus.

13600 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

*********AUTO**MIXED AADC 750-23980.A.7.12594.1.4.0.309

ZEINA ASIF/ALEX MATINI
1015 33RD STREET NW UNIT NO410
WASHINGTON DC 20007-3523

## Account Summary

### Account Information

| | |
|---|---|
| ACCOUNT NO: | 6723424 |
| BILL DATE: | 10/07/04 |
| BILLING PERIOD: | 09/08/04 - 10/07/04 |
| DATE DUE: | November 08, 2004 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $17.17 |
| PAYMENTS RECEIVED | 0.00 |
| ADJUSTMENTS | 0.00 |
| **BEGINNING BALANCE** | **$17.17** |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 14.77 |
| RECURRING CHARGES | 6.45 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 1.31 |
| STATE TAXES | 0.54 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.63 |
| SERVICE CHARGES | 0.24 |
| **SUBTOTAL NEW CHARGES:** | **$24.93** |

### Total Amount Due: $42.10

---

ZEINA ASIF/ALEX MATINI          Page 3b
Statement No:   67234
Invoice Date:      10/1

| NUMBER | MINUTES | AMT |
|---|---|---|
| 78 739-9650 | 1.00 | 0 |
| 10 489-2704 | 2.00 | 0 |
| 10 867-4101 | 1.00 | 0 |
| 10 455-3986 | 1.00 | 0 |
| ALL 5: 4 | 5.00 | 0 |

| NUMBER | MINUTES | AMT |
|---|---|---|
| 13 543-3115 | 2.00 | 0 |
| 13 543-3216 | 1.00 | 14 |
| ALL: 2 | 3.00 | |
| ALL: 13 | 77.00 | |

### SUMMARY BY COUNTRY / RATE PERIOD

| | TOTAL AMOUNT | STATE FRT/DISC | STANDARD PRICE/MIN | DISCOUNT PRICE/MIN | ECONO PRICE |
|---|---|---|---|---|---|
| | .60 | .00 | 100.00 | 100.00 | |
| | 0.10 | .00 | .00 | 100.00 | |
| | 13.61 | 100.00 | | | |
| | .00 | | | | |
| | 14.33 | | | | |

    13
    77.00
    5.92
    19
    0
    0.04
    961
941-3663272   0

PRVA02/SB2350 1

In light of the FCC's recent decision, the Payphone Surcharge will be increased to $0.65 per call, effective with your next billing cycle.

### LEGEND

| | | |
|---|---|---|
| D = DAY | T = TRAVEL CALL | N = NIGHT/WEEKEND |
| SI = STANDARD INTL | X = ORIGINATING NUMBER UNAVAILABLE | EI = ECONOMY INTL |
| | * = ORIGINATING NUMBER FOR TOLLFREE CALLS | |
| | E = EVENING | |

04.34

# primus.

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-6184

*******AUTO**ALL FOR AADC 220 - 22701 A.8.9483.1.4.9.201

ZEINA ASIF/ALEX MATINI
1581 LEEDS CASTLE DR
VIENNA VA 22182-5556

## Account Summary

### Account Information

| | |
|---|---|
| ACCOUNT NO: | 8723424 |
| BILL DATE: | 09/07/04 |
| BILLING PERIOD: | 08/08/04 - 09/07/04 |
| DATE DUE | October 06, 2004 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $29.03 |
| PAYMENTS RECEIVED - THANK YOU | 29.03CR |
| ADJUSTMENTS | 0.00 |
| BEGINNING BALANCE | $0.00 |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 8.51 |
| RECURRING CHARGES | 6.45 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 0.76 |
| STATE TAXES | 0.00 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.46 |
| SERVICE CHARGES | 0.00 |
| SUBTOTAL NEW CHARGES: | $17.17 |
| **Total Amount Due** | **$17.17** |

---

NA ASIF/ALEX MATINI
Statement No: 672342
Invoice Date: 09/0

Page 3(b)

| SER. # | MINUTES | AMOUNT |
|---|---|---|
| 501-4544 | 3.00 | 0.× |
| 455-3869 | 1.00 | 0.× |
| 455-3869 | 1.00 | 0.× |
| 455-2815 | 1.00 | 0.× |
| 455-3869 | 1.00 | 0.× |
| 654-8465 | 4.00 | 0.× |
| 455-3396 | 2.00 | 0.× |
| 386-0833 | 1.00 | 0.× |
| 817-4101 | 1.00 | 0.× |
| 327-7730 | 1.00 | 0.× |
| Σ: 23 | 33.00 | 3.× |

| SER. # | MINUTES | | | | |
|---|---|---|---|---|---|
| 533-2747 | 1.00 | | | | |
| 533-2747 | 1.00 | | | | |
| 533-2747 | 47.00 | | | | |
| 455-3869 | 1.00 | | | | |
| 455-3869 | 2.00 | | | | |
| 455-3869 | 5.00 | | | | |

| | FED TAX | STATE TAX | LOCAL TAX | TOTAL |
|---|---|---|---|---|
| Σ: 6 | | 57.00 | | |
| Σ: 31 | | 166.00 | | 8.77 |
| | .01 | .00 | .00 | .23 |
| | .10 | .00 | .00 | 3.39 |
| | .06 | .00 | .00 | 1.96 |
| | .09 | .00 | .00 | 3.19 |
| | .26 | .00 | .00 | 8.77 |

### SUMMARY BY COUNTRY / RATE PERIOD

| TOTAL AMOUNT | STANDARD PERCENT | DISCOUNT PERCENT | ECONOMY PERCENT |
|---|---|---|---|
| 3.51 | 6.27 | .00 | 93.7 |
| 3.51 | | | |

08/20/04 10:43 PM 3 ALEX MATINI FL 813 564-3755 X 1:00 0.06
08/23/04 12:54 AM × TAMPA E

### LEGEND

| | | |
|---|---|---|
| D = DAY | T = TRAVEL CALL | N = NIGHT/WEEKEND |
| S = STANDARD INTL | X = ORIGINATING NUMBER UNAVAILABLE | EI = ECONOMY INTL |
| | * = ORIGINATING NUMBER FOR TOLLFREE CALLS | |
| | E = EVENING | |

# primus

13800 NW 14th St. Suite #130
Sunrise, FL 33323

WWW.PRIMUSTEL.COM

Billing Inquiries
MONDAY-FRIDAY 9AM-12AM
1-877-627-8184

For Network Difficulties
MONDAY-FRIDAY 9AM-12AM
1-877-627-8184

*******AUTO**ALL FOR AADC 220-22950.A.5.B608.1.4.0.391

ZEINA ASIF/ALEX MATINI
1591 LEEDS CASTLE DR
VIENNA VA 22182-5556

## Account Information

| | |
|---|---|
| ACCOUNT NO: | 6723424 |
| BILL DATE: | 08/07/04 |
| BILLING PERIOD: | 07/08/04 - 08/07/04 |
| DATE DUE | September 06, 2004 |

### Previous

| | |
|---|---|
| PREVIOUS BALANCE | $4.45 |
| PAYMENTS RECEIVED | 0.00 |
| ADJUSTMENTS | 0.00 |
| **BEGINNING BALANCE** | **$4.45** |

### Current

| | |
|---|---|
| NEW USAGE CHARGES | 16.10 |
| RECURRING CHARGES | 5.33 |
| NON-RECURRING CHARGES | 0.99 |
| OTHER CHARGES AND CREDITS | 1.43 |
| STATE TAXES | 0.00 |
| LOCAL TAXES | 0.00 |
| FEDERAL TAXES | 0.67 |
| SERVICE CHARGES | 0.06 |
| **SUBTOTAL NEW CHARGES:** | **$24.58** |

### Total Amount Due: $29.03

ZEINA ASIF/ALEX MATINI
Statement No: 6723...
Invoice Date: 08/...
Page 3/(...)

| NUMBER | FED TAX | STATE TAX | LOCAL TAX | MINUTES | TOTAL |
|---|---|---|---|---|---|
| 61 3203360 | | | | 9.00 | |
| 61 3203360 | | | | 2.00 | |
| 61 3211285 | | | | 9.00 | |
| 61 3211285 | | | | 1.00 | |
| 61 3203360 | | | | 1.00 | |
| 61 3211285 | | | | 13.00 | |
| 51 136635907 | | | | 9.00 | |
| CALLS: 7 | | | | 44.00 | |

| NUMBER | | | | MINUTES | |
|---|---|---|---|---|---|
| 78 739-9650 | | | | 1.00 | |
| 13 564-3755 | | | | 1.00 | |
| CALLS: 2 | | | | 2.00 | |

| NUMBER | | | | MINUTES | |
|---|---|---|---|---|---|
| 52 122399030 | | | | 2.00 | |
| 52 122399030 | | | | 1.00 | |
| 52 122399030 | | | | 2.00 | |
| 52 122399030 | | | | 12.00 | |
| 52 122399030 | | | | 10.00 | |
| CALLS: 5 | | | | 27.00 | |

| | FED TAX | STATE TAX | LOCAL TAX | TOTAL |
|---|---|---|---|---|
| | .08 | .00 | .00 | 2.58 |
| | .27 | .00 | .00 | 9.31 |
| | .00 | .00 | .00 | .10 |
| | .13 | .00 | .00 | 4.59 |
| | .48 | .00 | .00 | 16.58 |
| CALLS: 17 | .48 | .00 | $0.00 | 16.58 |

It is one of Primus's missions to continuously provide you with top quality service, however, Primus can only remain competitive in the current marketplace if Primus recovers a portion of the expenses associated with our regulatory compliance costs. Therefore, effective in your next billing statement, Primus will assess a $0.99 per invoice Regulatory Assessment Fee. Additionally, Primus renews its commitment to the preservation of the environment, and has increased its Billing Service Fee to $1.50 per invoice, for those Primus customers that elect to use Online Billing service, this fee will be waived. In addition, if your total usage, excluding taxes and surcharges are less then $5, Primus will bill you an additional amount so that your total usage equals $5 *************** Primus would like to remind all customers that calls originating from payphones carry an additional $0.47 per call charge. This is required to reimburse the owners of privately held payphones. Thank you.

## LEGEND

| | | | |
|---|---|---|---|
| D = DAY | X = ORIGINATING NUMBER UNAVAILABLE | T = TRAVEL CALL | N = NIGHT/WEEKEND |
| SI = STANDARD INTL | E = EVENING | * = ORIGINATING NUMBER FOR TOLLFREE CALLS | EI = ECONOMY INTL |