



We never stop working for you.

Billing Date: 03/20/05 Page 1 of 5
Telephone Number:
Account Number: 000811317039 69 Y
How to Reach Us: See page 2

### Account Summary

| | |
|---|---|
| Previous Charges | $89.76 |
| Payment Received Mar 10 . Thank you. | -89.76 |
| Balance Forward | $.00 |

**New Charges**

| | |
|---|---|
| Verizon (page 3) | $39.19 |
| Total New Charges due Apr 19 | $39.19 |
| Total Due (Past Due + New) | $39.19 |



**Introducing Verizon VoiceWing**

VoiceWing™ lets you make unlimited local and long distance calls over the Internet to anywhere in the U.S. It works with your home phone and a broadband connection and comes with a host of advanced calling features. Visit verizon.com/getvoicewing5 for a demo and further details today.



**Change Lives - Check Into Literacy!**

Through the Check Into Literacy program, you can support literacy programs in your area by giving a one-dollar monthly donation to Verizon Reads, a national public charity. It is easy to make a monthly donation via your phone bill. Visit verizonreads.net for more information.



**Learn At Your Own Pace!**

For only $99, you can enroll in up to 30 Verizon Online Courses from standard categories over a single year. Visit verizon.com/onlinecourses to learn more.



Paid $39.19 4/19/05
#884851AS

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Ver

| | | |
|---|---|---|
| 6. DC Gross Receipts Tax Surcharge | | 3.18 |
| 7. DC E911/311 Fee | | .76 |
| Tax | | |
| 8. Federal | | 1.12 |
| Local | | |
| 9. DC Tax | | .01 |

Verizon Tax, Surcharges and Other Fees

**Explanation of Surcharges, Fees, and Tax applied to your billing**

**Gross Receipts Tax Surcharge**
An 11% surcharge representing the tax assessed by the District of Columbia on regulated telecommunications revenues from the sale of telecommunications services.



DEFENDANT'S EXHIBIT 4

*continues*

 *We never stop working for you.*

Billing Date: 02/20/05 Page 1 of 5
Telephone Number: 202 342-0993
Account Number:     000811317039  69 Y
How to Reach Us: See page 2

ALEX MATINI

### Account Summary

| | |
|---|---:|
| Previous Charges | $39.63 |
| Payment Received | .00 |
| Past Due Charges | $39.63 |

**New Charges**

| | |
|---|---:|
| Verizon (page 3) | $39.59 |
| Correctional Billing Services (page 4) | 10.54 |
| Total New Charges due Mar 19 | $50.13 |
| Total Due (Past Due + New) | $89.76 |



**Learn At Your Own Pace!**
For only $99, you can enroll in up to 30 Verizon Online Courses from standard categories over a single year. Visit verizon.com/onlinecourses to learn more.



**Change Lives - Check into Literacy!**
Through the Check Into Literacy program, you can support literacy programs in your area by giving a one-dollar monthly donation to Verizon Reads, a national public charity. It is easy to make a monthly donation via your phone bill. Visit verizonreads.net for more information.



**Manage Your Verizon Account Online!**
View & pay bills, request repairs, place orders. It's quick and easy:
Go to verizon.com
Click "Sign In" under "Manage My Account".



*Paid $89.76 online on 3/9/05 # CBKBL13V*

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Ve

---

for residential consumers.

The services listed in this section are provided by Verizon Washington D.C. Inc.

 Dial 2-1-1 for Social Services Information



Billing Date: **01/20/05** Page **1** of **5**
Telephone Number: 202 342-0993
Account Number:   000811317039  69Y
How to Reach Us: See page 2

*We never stop working for you.*

ALEX MATINI

### Account Summary

| | |
|---|---:|
| **Previous Charges** | $80.33 |
| Payment Received Jan 11  . Thank you. | -80.33 |
| **Balance Forward** | $.00 |
| **New Charges** | |
| Verizon (page  3) | $39.63 |
| **Total New Charges due  Feb 19** | **$39.63** |
| **Total Due** (Past Due + New) | **$39.63** |



*Learn At Your Own Pace!*
For only $99, you can enroll in up to 30 Verizon Online Courses from standard categories over a single year. Visit verizon.com/onlinecourses to learn more.



*Season's Readings!*
Thank you for supporting the 2004 Season's Readings campaign and our efforts to place quality books in the hands of children in need. Verizon and Barnes & Noble were pleased to support this innovative campaign to improve literacy throughout the nation. And we could not have done it without you.



*Verizon Online DSL: $29.95/Month!*
*The Best Value in Broadband!*
With a one-year commitment get our lowest price ever, a free modem & free wireless router, plus a 30-day money back guarantee. Call 1-877-668-5375 or visit verizon.com/orderDSL

Service not available on all lines.
Subject to final verification by Verizon.
Other terms and restrictions apply.

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Ve

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation of Surcharges, Fees, and Tax applied to your billing

**Gross Receipts Tax Surcharge**
An 11% surcharge representing the tax assessed by the District of Columbia on regulated telecommunications revenues from the sale of telecommunications services.

**Public Rights-of-Way Use Fee**
A per line per month fee imposed by the District of Columbia for the use of the Public Right-of-Way.

**DC E911/311 Fee**
A per line per month fee established by the District of Columbia to pay for the emergency service for personnel and non-personnel costs incurred by the District of Columbia and its agencies in providing 9-1-1 and 3-1-1 systems.

**Federal**
A 3% excise tax is applied to all charges except for service connection charges, private lines, WATS or WATS like services and services not regulated by the District of Columbia Public Service Commission.

*continues*



Billing Date: 12/20/04 Page 1 of 4
Telephone Number: 202 342-0993
Account Number:   000811317039  69 Y
How to Reach Us: See page 2

*We never stop working for you.*

ALEX MATINI

### Account Summary

| | |
|---|---:|
| Previous Charges | $40.81 |
| Payment Received | .00 |
| Past Due Charges | $40.81 |

**New Charges**

| | |
|---|---:|
| Verizon (page 3) | $39.52 |
| Total New Charges due  Jan 19 | $39.52 |
| Total Due (Past Due + New) | $80.33 |

**Season's Readings!**
Give the gift of literacy this month by joining Verizon and Barnes & Noble in helping present One Million Books to One Million Children this holiday. Visit verizonreads.net or bn.com/millionbooks to make a donation and help literacy in your community.

**Learn At Your Own Pace!**
For only $99, you can enroll in up to 30 Verizon Online Courses from standard categories over a single year. Visit verizon.com/onlinecourses to learn more.

### DSL

Verizon Online DSL: $29.95/Month!
The Best Value in Broadband!

With a one-year commitment get our lowest price ever, a free modem & free wireless router, plus a 30-day money back guarantee. Call 1-877-668-5375 or visit verizon.com/orderDSL

Service not available on all lines.
Subject to final verification by Verizon.
Other terms and restrictions apply.

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Ve

---

for residential consumers.
The services listed in this section are provided by Verizon Washington D.C. Inc.

 Dial 2-1-1 for Social Services Information




**verizon**
*Make progress every day*

Billing Date: 11/20/04  Page 1 of 5
Telephone Number: 202 342-0993
Account Number: 000811317039 69Y
How to Reach Us: See page 2

ALEX MATINI

### Account Summary

| | |
|---|---|
| Previous Charges | $240.34 |
| Payment Received Nov 9 . Thank you. | -240.34 |
| Balance Forward | $.00 |

**New Charges**

| | |
|---|---|
| Verizon (page 3) | $40.81 |
| Total New Charges due Dec 19 | $40.81 |
| Total Due (Past Due + New) | $40.81 |

*Learn At Your Own Pace!*
For only $99, you can enroll in up to 30 Verizon Online Courses from standard categories over a single year. Learn more at verizon.com/onlinecourses



*Congratulations! Your Line Pre-Qualifies for High-Speed Internet Access*
Verizon Online DSL with MSN® Premium is $29.95 with a qualifying package. Order today by calling 1-877-668-5375. Or, if you order online at verizon.com/orderdsl you'll get the first month FREE!

Service not available on all lines and subject to circuit availability and final verification by Verizon. Other terms and restrictions apply.



*Manage Your Verizon Account Online!*
View & pay bills, request repairs, place orders. It's quick and easy:
Go to verizon.com
Click "Sign In" under "Manage My Account".

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Ver

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

revenues from the sale of telecommunications services.
**Public Rights-of-Way Use Fee**
A per line per month fee imposed by the District of Columbia for the use of the Public Right-of-Way.
**DC E911/311 Fee**
A per line per month fee established by the District of Columbia to pay for the emergency service for personnel and non-personnel costs incurred by the District of Columbia and its agencies in providing 9-1-1 and 3-1-1 systems.
**Federal**
A 3% excise tax is applied to all charges except for service connection charges, private lines, WATS or WATS like services and services not regulated by the District of Columbia Public Service Commission.
**DC Tax**
A 5.75% sales tax is applied only to services not regulated by the District of Columbia Public Service Commission for residential consumers.

The services listed in this section are provided by Verizon Washington D.C. Inc.



*Make progress every day*

Billing Date: 10/20/04  Page 1 of 5
Telephone Number: 202 342-0993
Account Number:   000811317039  69Y
How to Reach Us: See page 2

ALEX MATINI

### Account Summary

| | |
|---|---|
| Previous Charges | $200.66 |
| Payment Received | .00 |
| Past Due Charges | $200.66 |
| **New Charges** | |
| Verizon (page 3) | $39.68 |
| Total New Charges due Nov 19 | $39.68 |
| Total Due (Past Due + New) | $240.34 |



*Congratulations! Your Line Pre-Qualifies for High-Speed Internet Access*
Verizon Online DSL with MSN® Premium is $29.95 with a qualifying package. Order today by calling 1-877-668-5375. Or, if you order online at verizon.com/orderdsl you'll get the first month FREE!
Service not available on all lines and subject to circuit availability and final verification by Verizon. Other terms and restrictions apply.



**Manage Your Verizon Account Online!**
View & pay bills, request repairs, place orders.
It's quick and easy:
Go to verizon.com
Click "Sign In" under "Manage My Account".
First time user? Get started with ...
User ID :   2023420993$
Password :  HRM5NT
... and customize your ID as you register.
Then follow the step-by-step instructions.

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Veriz

---

revenues from the sale of telecommunications services.
**Public Rights-of-Way Use Fee**
A per line per month fee imposed by the District of Columbia for the use of the Public Right-of-Way.
**DC E911/311 Fee**
A per line per month fee established by the District of Columbia to pay for the emergency service for personnel and non-personnel costs incurred by the District of Columbia and its agencies in providing 9-1-1 and 3-1-1 systems.
**Federal**
A 3% excise tax is applied to all charges except for service connection charges, private lines, WATS or WATS like services and services not regulated by the District of Columbia Public Service Commission.
**DC Tax**
A 5.75% sales tax is applied only to services not regulated by the District of Columbia Public Service Commission for residential consumers.

The services listed in this section are provided by Verizon Washington D.C. Inc.



*Make progress every day*

Billing Date: 09/20/04 Page 1 of 8
Telephone Number: 202 342-0093
Account Number: 000811317039 69Y
How to Reach Us: See page 2

ALEX MATINI

Ted Burgecas
202-954-6234

### Account Summary

| | |
|---|---:|
| Previous Charges | $.00 |
| Payment Received | .00 |
| Balance Forward | $.00 |

**New Charges**

| | |
|---|---:|
| Verizon (page 3) | $200.66 |
| Total New Charges due Oct 19 | $200.66 |
| Total Due (Past Due + New) | $200.66 |

*Thank You for your Package Order!*
*For instructions on using this service, please go to verizon.com or use our voice-prompt system at 1-800-234-2340.*



**Congratulations! Your Line Pre-Qualifies for High-Speed Internet Access**

Verizon Online DSL with MSN® Premium is $29.95 with a qualifying package. Order today by calling 1-877-668-5375. Or, if you order online at verizon.com/orderdsl you'll get the first month FREE!

*Service not available on all lines and subject to circuit availability and final verification by Verizon. Other terms and restrictions apply.*



**Manage Your Verizon Account Online!**
View & pay bills, request repairs, place orders. It's quick and easy:
Go to verizon.com
Click "Sign In" under "Manage My Account".

**Mail Payments to :**
Verizon, PO Box 17577, Baltimore, MD 21297-0513

**Change of address?**
Go to verizon.com/billingaddress or see page 2

▼ Detach & return payment slip with your check, payable to Ver

| Description | Qty | Per Month | Prorated Amount |
|---|---|---|---|
| 11. Federal Subscriber Line Charge | 1 | 3.84 | .26a |
| 12. Federal Universal Service Fund Surcharge | 1 | .37 | .02a |

•**Service Request Number 407025981**

**Account Activity, Effective on Sep 10, 2004**

| Description | | | Charge |
|---|---|---|---|
| 13. Network Interface Device Inside Jack | | | .00 |
| 14. Service Connection Charge | | | .00 |

Package Added to Service, Charge(s) from Sep 11, 2004 thru Sep 19, 2004

| Description | Qty | Per Month | Prorated Amount |
|---|---|---|---|
| 15. Verizon Local Package | 1 | 27.95 | 8.39 |

*continues*