## MEMORANDUM OF FACTS – PROBATE
Circuit Court of Fairfax County, Virginia

**Fiduciary Number FI-2005-0074444**

**Estate of: Houman Matini a/k/a Houman Michael Matini, deceased.**

Residence address: 1919 Gables Lane, Vienna, VA 22182
Decedent's date and place of death: 02/20/2005 – Washington, DC
Decedent's marital status: Married        Date of Birth: 07/09/1968

Decedent died: Testate: will admitted to probate
Date of will: 09/24/2004    Date of codicil(s):
How proved: self proving

Type of Fiduciary: Executor
Basis of Appointment: Named In Will

Fiduciary Name: Farid Alexander Matini
Home Address: 1581 Leeds Castle Dr #102, Vienna, VA 22182
Home Telephone Number: 703-848-1833
Work Address: 1015 33rd St NW  #410, Washington, DC 20007
Work Telephone Number: 202-329-8000

Resident Agent name:
Service Address:
Home Telephone Number:        Work Telephone Number:

Estate Value:
Personal Assets: $15,000.00    VA Real Estate: $0.00    Total: $15,000.00

Power of sale over realty: No

Bond Amount: $30,000.00  Without Surety
Surety Waived By: Will

Inventory and accountings waived: No

Remarks:  Property Transfer: NO   Qualification: YES

EXHIBIT B

Date: 02/28/2005                                    _____, Deputy Clerk

Fiduciary #: FI-2005-0074444        # of Pages: 1
Date: 02/28/2005                    WILL BK 00753 PG 0259
Estate: MATINI, HOUMAN
Recorded In
FAIRFAX COUNTY CIRCUIT COURT
TESTE: JOHN T FREY


007530259

Form 49        Memorandum of Facts – Decedent.doc        version 1.1        Date Modified: 1/24/2005