IN THE CIRCUIT COURT OF FAIRFAX COUNTY
PROBATE INFORMATION FORM
PLEASE PRINT CLEARLY

Fiduciary Number: _FI-2005-0074444_

1. Decedent's full name exactly as it appears on the death certificate:
   _HOUMAN  MICHAEL  MATINI_

2. Decedent's full name exactly as it appears on the will & codicil(s), if such document exists:
   _HOUMAN  MICHAEL  MATINI_

3. ☑ Married _but Separated (FAH)_    ☐ Widowed    ☑ Divorced    ☐ Never Married

4. Decedent's residence address at death (street, city, state):

5. Date of Death: _2/20/05_  Place of death: _2/20/2005 WASH. DC_  Date of Birth: _7/9/1968_

6. Proof of death: ☑ Death Certificate: ☐ other

7. Decedent died: ☑ with a will    ☐ without a will    ☐ with a codicil    ☐ without a codicil

8. Date of will: _SEP 29, 2004_    Date of codicil(s):

9. Name, address & telephone number of ALL PERSONS probating will and/or seeking appointment as:
   ☑ Executor    ☐ Administrator    ☐ Other

A.  Name: _FARID  ALEXANDER  MATINI_
Address: _1581 LEEDS CASTLE DR. #102 VIENNA VA 22182_
Home Telephone #: (703) _848-1833_    Work Telephone #: (202) _329-8000_
Employer's Name: _APEX  MATRIX  LLC_
Work Address: _1015 33RD ST. NW #410   WASHINGTON DC 20007_

B.  Name:
Address:
Home Telephone #: (   )    Work Telephone #: (   )
Employer's Name:
Work Address:

C.  Name:
Address:
Home Telephone #: (   )    Work Telephone #: (   )
Employer's Name:
Work Address:

D.  Name:
Address:
Home Telephone #: (   )    Work Telephone #: (   )
Employer's Name:
Work Address:

Probate information (7/16/2002)

EXHIBIT
A
ALL-STATE LEGAL®

If the person(s) seeking appointment is(are) *NOT* a Virginia resident, then bring a Virginia resident with you to your appointment to either co-qualify as executor/administrator or to be appointed as the resident agent. If the resident agent is unable to accompany/appear at the appointment, then bring a completed, <u>notarized</u> Resident Agent form.

10. Is the fiduciary a licensed Virginia attorney?  ☐Yes  ☑No

11. Does an attorney represent the Fiduciary?  ☐Yes  ☐No

If yes, please state the name, address and telephone number of the attorney:

_____

_____

_____

12. Was the decedent a Fairfax County or Fairfax City Resident?  ☑Yes  ☐No
    If no, the jurisdiction of probate is where the decedent was residing.

13. Was the decedent in a nursing home at the time of death?  ☐Yes  ☑No
    If yes, where did the decent reside prior to entering the nursing home?

14. Basis for request: ☑executor named in will  ☐ Other _____

15. The approximate value of personal assets held in the decedent's name **alone**:
    Personal: $ |5,000

16. The fair market value of the real estate and the county/city it is located in the decedent's name alone.
    **Virginia Real Estate:** $— O —
    Location: _____ N/A _____
    Real Estate **outside** of Virginia: _____

## INFORMATION TO BE FURNISHED BY EACH PERSON SEEKING QUALIFICATION

17. Are you a person under a disability?  (See Instructions for Explanation.)  [ ] Yes  [✓] No
18. Have you ever been convicted of a felony?  [ ] Yes  [✓] No
19. Have you ever filed for bankruptcy?  Discharged in 2/2001  (FMM)  [✓] Yes  [ ] No
20. Are you now, or have you ever been, an attorney at law in Virginia or elsewhere?  [ ] Yes  [✓] No
    (if yes, and you do not now possess an active license from the Virginia State Bar, explain the details on a separate sheet of paper.)

I(we) hereby certify that to the best of my(our) knowledge and belief this is an accurate statement of facts, and I(we) acknowledge a continuing duty to report any later discovered errors or inconsistencies to the Clerk of Court.

| 2/28/05 | FARID ALEXANDER MATINI | |
| Date | Printed Name of Requesting Person | Signature of Requesting Person |

| | | |
| Date | Printed Name of Requesting Person | Signature of Requesting Person |

| | | |
| Date | Printed Name of Requesting Person | Signature of Requesting Person |

| | | |
| Date | Printed Name of Requesting Person | Signature of Requesting Person |