

**FIDUCIARY ACKNOWLEDGMENT – DECEDENT ESTATE**
Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2005-0074444

In re: Houman Matini a/k/a Houman Michael Matini, deceased
Date of Qualification: 02/28/2005

I, Farid Alexander Matini in my capacity as Executor do hereby acknowledge that I have received from the Clerk of the Fairfax County Circuit Court, an Information Packet which includes the following: a Schedule of Fees for the Commissioner of Accounts, Inventory forms with instructions; Accounting forms with instructions; Statement in Lieu of Settlement of Accounts and a Tax Certificate form.

As Fiduciary, I understand I am charged with the general responsibilities as follows:

1. Giving notice of my qualification or of probate as required by law.

2. Recording an Affidavit of Notice of qualification or probate in the Clerk's office where the will is recorded, as required by law.

3. Filing any individual, fiduciary income or estate tax returns required by the state or federal governments.

4. Filing an Inventory with the Commissioner of Accounts no later than four months after my qualification date.

5. Filing a Settlement of Accounts OR a Statement in Lieu of Settlement of Accounts with the Commissioner of Accounts no later than 16 months after my qualification date.

6. Paying all probate taxes due to the Clerk of the Circuit Court.

7. Keeping assets under my control as fiduciary separate from my individual and personal assets by establishing a separate fiduciary bank account (into which I will deposit all receipts and from which I will make all disbursement) that provides canceled checks which are to be submitted when my accountings are filed.

8. Exercising reasonable care in the investment and/or sale of assets and payment of debts with funds under my control.

9. Notifying the Commissioner of Accounts, on any change of my address and phone number (and that of my resident agent if applicable).

_____, Farid Alexander Matini

Home address: 1581 Leeds Castle Dr #102, Vienna, VA 22182
Home telephone number: 703-848-1833

Employer name: Apex Matrix LLC
Work address: 1015 33rd St NW #410, Washington, DC 20007
Work telephone number: 202-329-8000

EXHIBIT C

Form 45    Fiduciary Acknowledgement - Decedent.doc    version 1.1    Date Modified: 11/18/2004