# GOVERNMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**050000957**

2005 FEB 28 AM 11:3

| Field | Value |
|---|---|
| 1a. Decedent's Legal Name | HOUMAN MICHAEL MATINI |
| 1b. Decedent's AKA | — |
| 2. Sex | MALE |
| 3. Social Security Number | 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 |
| 4a. Age – Last Birthday (Years) | 36 |
| 4b. Under 1 Year | — |
| 4c. Under 1 Day | — |
| 5. Date of Birth | 7/9/1968 |
| 6. Birthplace | Iran |
| 7a. Residence – State | Virginia |
| 7b. County | Fairfax |
| 7c. City, Town, or Location | Vienna |
| 7d. Street and Number | 1919 Gables Ln. |
| 7e. Apt. No. | — |
| 7f. Zip Code | 22182 |
| 7g. Inside City Limits? | (blank) |
| 8. Ever in U.S. Armed Forces? | NO |
| 9a. Marital Status | Married, but separated |
| 9b. Maiden Name | — |
| 10. Surviving Spouse | Massomeh Ashoori |
| 11. Father's Name | Nasser Matini |
| 12. Mother's Name Prior to First Marriage | Mahin Ferdows |
| 13a. Informant's Name | Alex Matini |
| 13b. Relationship to Decedent | brother |
| 13c. Mailing Address | 1015 33rd St., N.W. Wash., D.C. 20007 |
| 14. Place of Death | Inpatient |
| 15. Facility Name | GEORGE WASHINGTON UNIVERSITY HOSPITAL |
| 16. City, Town, State, Zip Code | WASHINGTON, D.C. |
| 17. County of Death | — |
| 18. Method of Disposition | Burial |
| 19a. Place of Disposition | National Memorial Park |
| 19b. Date of Disposition | 2/25/05 |
| 20. Location – City or Town and State | Falls Church, VA |
| 21. Name and Complete Address of Funeral Facility | Universal, Inc. 411 Kennedy St., N.W. Wash., D.C. 20011 |
| 22. Signature of Funeral Service Licensee | (signed) |
| 23. License Number | 064 |
| 24. Date Pronounced Dead | FEBRUARY 20, 2005 |
| 25. Time Pronounced Dead | 1:01 P.M. |
| 29. Actual or Presumed Date of Death | N/A |
| 30. Actual or Presumed Time of Death | N/A |
| 31a. Was Medical Examiner Contacted? | YES |
| 31b. ME Case Number | 05-0529 |

### 32. Cause of Death

**Part I.**
a. Immediate Cause: BLUNT IMPACT HEAD, NECK AND CHEST TRAUMA

**33. Was an Autopsy Performed?** YES
**34. Were Autopsy Findings Available to Complete the Cause of Death?** YES

| Field | Value |
|---|---|
| 35. Did Tobacco Use Contribute to Death? | NO |
| 37. Manner of Death | Accident |
| 38. Date of Injury | FEBRUARY 20, 2005 |
| 39. Time of Injury | APPROX. 2:10 A.M. |
| 40. Place of Injury | STREET |
| 41. Injury at Work? | NO |
| 42. Location of Injury | State: WASHINGTON City: D.C. |
| Street and Number | 3600 BLK. OF M ST., N.W. |
| 43. Describe How Injury Occurred | DRIVER INVOLVED IN ACCIDENT |
| 41. If Transportation Accident | Driver/Operator |
| 45. Certifier | Medical Examiner |
| Name of Certifier | CONSTANCE R. DiANGELO, M.D. |
| 46. Name, Title and Address of Certifier | CONSTANCE R. DiANGELO, M.D. 1910 MASSACHUSETTS AVENUE SE, WDC |
| 49. Date Certified | 02-22-05 |
| 51. Decedent's Education | Master's degree |
| 52. Decedent of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 53. Decedent's Race | White |
| 54. Decedent's Usual Occupation | Management |
| 55. Kind of Business / Industry | Information Technology |

---

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD.

**March 1, 2005**
DATE ISSUED

*Julia Davidson-Randall*
JULIA DAVIDSON-RANDALL, REGISTRAR