# F. Alexander Matini

1015 33rd Street, NW, Unit 410
Washington, DC 20007

Telephone     (202) 329-8000
Facsimile     (202) 318-8899
Email     alexmatini@yahoo.com

March 18, 2005

**Sent via USPS Certified Mail, Return Receipt Requested**

Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Reliance Standard Life Insurance Company
Claims Department
P. O. Box 8330
Philadelphia, PA 19101-8330
800-644-1103

Professional Benefit Solutions, Inc.
14504 Greenview Drive, Suite 506
Laurel, MD 20708

Sytex, Inc.
2003 South Easton Road, Suite 308
Doylestown, PA 18901

REF:    Policyholder:       The RSL Employer Trust
        Group Policy Number:       VAR 100,005
        Policy Effective Date:       June 1, 1994
        Participating Unit:       Sytex, Inc.
        Participating Unit Number:       VAR 202119
        Participating Unit Effective Date:       January 1, 2003, as amended through June 7, 2004
        Plan Name:       Group Accidental Death & Dismemberment Insurance
        Sponsor Employer ID #:       23-2510709
        Plan Number:       505
        Type of Plan:       Accidental Death & Dismemberment Plan
        Insured Person:       Houman Michael Matini
        Insured Person's SS #:       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

Dear Sir/Madam:

Please be advised that I am the Executor for the Estate of Houman Michael Matini who passed away February 20, 2005 in an automobile accident. With this letter, I am putting all named addresses on notice that the family and the Estate of Houman Michael Matini plan to challenge any pay outs to anyone other than the deceased's father,

Letter to:

Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Reliance Standard Life Insurance Company
Claims Department
P. O. Box 8330
Philadelphia, PA 19101-8330
800-644-1103

Professional Benefit Solutions, Inc.
14504 Greenview Drive, Suite 506
Laurel, MD 20708

Sytex, Inc.
2003 South Easton Road, Suite 308
Doylestown, PA 18901

March 18, 2005
Page 2 of 2

Nasser Matini. We will hold all addresses above liable for any payments made until such challenge is legally resolved and appropriate legal notices are furnished to all parties.

You will be next contacted by attorneys representing the family and the Estate of Houman Michael Matini.

Sincerely,

F. Alexander Matini
Executor for
Estate of Houman Michael Matini

/am