IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 1:05-cv-01101-HHK |
| MASOOMEH ASHOORI MATINI | : | |
| and | : | |
| F. ALEXANDER MATINI | : | |

_____

| | | |
|---|---|---|
| MASOOMEH ASHOORI MATINI | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 1:05-CV-02254 HHK |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : | |

**RELIANCE STANDARD LIFE INSURANCE COMPANY'S
MOTION TO CONSOLIDATE AND AMENDED MOTION TO DEPOSIT**

Reliance Standard Life Insurance Company (Reliance Standard) hereby moves to Consolidate the above captioned lawsuits. Further, Reliance Standard renews its Motion to Deposit, currently pending in Civil Action No. 05-cv-1101, except that it now seeks to deposit $268,000.00, the full amount of benefits referenced within its Amended Complaint in that matter, instead of the $134,000.00 referenced within its first Complaint and Motion to Deposit.

                                                TAYLOR SYLLA & AGIN, LLP

                                                BY: _____/s/_____
                                                    Jean-Marie Sylla, Jr., Esquire
                                                    Bar No. 469371
                                                    1220 Nineteenth Street, NW, Ste. 501
                                                    Washington, DC  20036
                                                    Telephone: 202.689.8991

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 1:05-cv-01101-HHK |
| MASOOMEH ASHOORI MATINI : | |
| : | |
| and : | |
| : | |
| F. ALEXANDER MATINI : | |

| | |
|---|---|
| MASOOMEH ASHOORI MATINI : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 1:05-CV-02254 HHK |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY : | |

**MEMORANDUM OF LAW IN SUPPORT OF
RELIANCE STANDARD LIFE INSURANCE COMPANY'S
MOTION TO CONSOLIDATE AND AMENDED MOTION TO DEPOSIT**

Introduction

Reliance Standard Life Insurance Company (Reliance Standard) issued group life insurance company policy number GL 134491 and group accident policy number VAR 202119 to Sytex, Inc. for the benefit of its employees, including Houman Michael Matini (decedent). As a result of decedent's death, benefits totaling $268,000.00 became due under the policies.

Reliance Standard has acknowledged that benefits totaling $268,000.00 became due as a result of the death of Houman Michael Matini (decedent). Accordingly, Reliance Standard filed an Interpleader Complaint, identified by Civil Action No. 05-1101. Reliance Standard's Interpleader Complaint contemplated benefits totaling $134,000.00 and was accompanied by a Motion to Deposit that amount with the Court. Following the filing of

Reliance Standard's Motion to Deposit, it determined that accidental death benefits in the same amount were also payable and now amends its pending Motion to Deposit by seeking leave to deposit the increased amount of $268,000.00.

Ms. Matini filed a Motion to Dismiss Reliance Standard's Interpleader Complaint. The motion has been fully briefed and is currently pending. After filing her Motion to Dismiss the Interpleader Complaint, Ms. Matini filed a separate lawsuit in Fairfax County Circuit Court, which was removed to the United States District Court for the Eastern District of Virginia, transferred to this Court and which is now identified by Civil Action No. 05-2254. The lawsuit involves the claims of Ms. Matini to the benefits; however, Ms. Matini did not include the competing claimant, F. Alexander Matini as a defendant in that action. As the two lawsuits are both pending before this Court and involve identical claims to the same funds, Reliance Standard hereby moves to consolidate the two lawsuits.

Legal Authority

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

As noted above, both lawsuits relate to claims for benefits under the Reliance Standard basic life and accidental death policies that became due as a result of the death of decedent. Moreover, both claims are currently pending before this Court and are both are assigned to the Honorable Henry H. Kennedy. It is within this Court's discretion to consolidate the pending cases. *See Mylan Pharmaceuticals, Inc. v. Henry*, 94 F. Supp. 2d 36, 43 (D.D.C. 2000). However, when pending actions involve common questions of law and fact, consolidation is appropriate. *See Stewart v. O'Neill*, 225 F. Supp. 2d 16, 21 (D.D.C.

2002). Here, the two cases involve identical claims to the same benefits. Accordingly, judicial economy requires consolidation.

Pursuant to Rule 67 of the Federal Rules of Civil Procedure:

> In an action in which any part of the relief sought is a judgment for a sum of money or the disposition of a sum of money or the disposition of any other thing capable of delivery, a party, upon notice to every other party, and by leave of court, may deposit with the court all or any part of such sum or thing, whether or not that party claims all or any part of the sum or thing.

Reliance Standard's Motion to Deposit the funds at issue is currently pending. However, when filed, the amount at issue was only $134,000.00. The amount at issue has increased to $268.000.00 as a result of Reliance Standard's determination that accidental death benefits are due and payable. For the same reasons set forth within its pending motion to deposit, Reliance Standard should be granted leave to deposit the increased amount of $268,000.00 together with any applicable interest.

Conclusion

For each of the foregoing reasons, Reliance Standard's Motion to Consolidate should be granted. Further Reliance Standard should be granted leave to deposit the $268,000.00 at issue in these actions.

                                    TAYLOR SYLLA & AGIN, LLP

                                    BY: _____/s/_____
                                          Jean-Marie Sylla, Jr., Esquire
                                          Bar No. 469371
                                          1220 Nineteenth Street, NW, Ste. 501
                                          Washington, DC  20036
                                          Telephone: 202.689.8991

**CERTIFICATE OF SERVICE**

The undersigned counsel for Reliance Standard Life Insurance Company hereby certifies that a true and correct copy of RELIANCE STANDARD LIFE INSURANCE COMPANY'S MOTION TO CONSOLIDATE AND AMENDED MOTION TO DEPOSIT was served on all counsel of record, via ECF notification or alternatively by U.S. Mail, postage prepaid, addressed as follows:

Bernard J. DiMuro, Esquire
DiMuro, Ginsberg & Mook
908 King Street
Suite 200
Alexandria, VA 22314
*Counsel for Masoomeh Ashoori Matini*

Michael Geltner, Esquire
Geltner & Associates, PC
No. 10 E. Street, SE
Washington, DC  20003  and

Paul B. Ward, Esquire
8304 Old Courthouse Road
Suite B
Vienna, VA  22182
*Counsel for F. Alexander Matini*

_____/s/_____
Jean-Marie Sylla, Jr.