IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 1:05-cv-01101-HHK |
| MASOOMEH ASHOORI MATINI | : : | |
| and | : : | |
| F. ALEXANDER MATINI | : | |

_____

| | | |
|---|---|---|
| MASOOMEH ASHOORI MATINI | : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 1:05-CV-02254 HHK |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : : | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Reliance Standard Life Insurance Company's Motion to Consolidate and any responses thereto, it is hereby ORDERED that said motion is granted. The above-captioned matters are consolidated. Further, upon consideration of Reliance Standard Life Insurance Company's Motion to Deposit and any responses thereto, it is hereby ORDERED that said motion is GRANTED and Reliance Standard shall deposit $268,000.00 together with any applicable interest into the registry of this Court.

                                BY THE COURT

                                _____
                                Judge