IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RELIANCE STANDARD<br>LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 1:05CV01101(HHK) |
| MASOOMEH ASHOORI MATINI, | : | |
| and | : | |
| F. ALEXANDER MATINI, | : | |
| Claimants. | : | |
| MASOOMEH ASHOORI MATINI | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 1:05CV02254(HHK) |
| RELIANCE STANDARD<br>LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

**MASOOMEH ASHOORI MATINI'S RESPONSE TO RELIANCE
STANDARD LIFE INSURANCE COMPANY'S MOTION TO CONSOLIDATE**

Claimant Masoomeh Ashoori Matini ("Ms. Matini"), by counsel, hereby submits her response to Reliance Standard Life Insurance Company's ("Reliance") motion to consolidate the above captioned lawsuits. Ms. Matini does not oppose such motion and therefore consents to such.

Respectfully Submitted,

MASOOMEH ASHOORI MATINI

By Counsel

_____
Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via first-class mail, postage prepaid this 21st day of December, 2005 to the following:

Jean-Marie Sylla, Jr., Esq.
1220 Nineteenth Street, N.W.
Suite 501
Washington, D.C. 20036
*Counsel for Reliance Standard Life Insurance Company*

Michael E. Geltner, Esq.
GELTNER & ASSOCIATES, P.C.
Number 10 E Street, S.E.
Washington, D.C. 20003
*Counsel for F. Alexander Matini*

Paul B. Ward, Esq.
8304 Old Courthouse Road, Suite B
Vienna, VA 22182
*Counsel for F. Alexander Matini*

Jason D. Smolen, Esq.
SMOLEN PLEVY
8045 Leesburg Pike, Suite 450
Vienna, VA 22182
(703) 790-1754 (fax)
*Co-counsel for Masoomeh Ashoori Matini*

_____
Bernard J. DiMuro

2