UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**MASOOMEH ASHOORI MATINI & F. ALEXANDER MATINI,**<br><br>Defendants. | **Civil Action 05-01101 (HHK)** |
| **MASOOMEH ASHOORI MATINI**<br><br>Plaintiff,<br><br>v.<br><br>**RELIANCE STANDARD LIFE INSURANCE COMPANY,**<br><br>Defendant. | **Civil Action 05-02254 (HHK)** |

**O R D E R**

Upon consideration of the motion of Reliance Standard Life Insurance Company filed in Civil Action 05-01101(#10) to consolidate and to deposit funds into the registry of the court, and the record in this case, it is this 5th day of March, 2006;

**ORDERED** that the motion be and hereby is **GRANTED**; and it is further

**ORDERED** that Civil Actions 05-01101 and 05-02254 are consolidated; and it is further

**ORDERED** any and all future filings in these consolidated cases shall be filed in Civil Action 05-01101; and it is further

**ORDERED** that Reliance Standard shall deposit into the registry of this court life insurance benefits in the amount of $268,000 together with any accrued interest thereon.

                                      Henry H. Kennedy, Jr.
                                      United States District Judge