=====NO REFUND WITHOUT RECEIPT=====
CHECK TENDERED $        $138,378.14
CHECK TENDERED $        $144,354.29
    282,732.43
==== T O T A L ======
    282,732.43
604700   REGISTRY FUND
CASE # 05-1101        1
        RELIANCE STAND LIFE INS V
=====NO REFUND WITHOUT RECEIPT=====
DC   1-1 TAM      Receipt # 143699
03/30/06                 2:34:54 PM
        WASHINGTON D.C.
    U.S. DISTRICT COURT

# TAYLOR SYLLA & AGIN, LLP

1220 NINETEENTH STREET, NW, SUITE 501
WASHINGTON, DC 20036
(202) 689-8990 (MAIN) • (202) 689-8998 (FAX)

**Jean-Marie Sylia, Jr.**
Direct Dial: (202) 689-8991
Email: jmsylla@tsafirm.com
Admitted in DC and MD

March 29, 2006

BY HAND DELIVERY

Clerk of Court
United States District Court
for the District of Columbia
Washington, DC 20002

Re:   *Reliance Standard Life Insurance Company v. Matini, et. al.*
      Civil Action No.: 1:05CV01101
      United States District Court of the District of Columbia
      Our File No.: 500.0501.001

To Whom It May Concern:

Pursuant to the Order allowing Plaintiff Reliance Standard to deposit the benefits at issue with the Registry of the Court in the above-referenced matter, enclosed please find two checks, totaling $282,732.43. Check number 3001183689 is payment of the $134,000.00 life benefit due under Policy No. GL134491, together with interest pursuant to Virginia Code 38.2-3115, calculated at 3%. Check number 30118390 is payment of the $134,000.00 accidental death benefit due under Policy No. VAR202119, together with interest pursuant to Virginia Code 38.2-3407.1, calculated at 8%.

Kindly deposit the checks regarding the above-referenced matter. Should you have any questions or concerns, please feel free to contact me at the number listed above.

Sincerely,

Jean-Marie Sylla, Jr.

Enclosures
JMS/lat