IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **RELIANCE STANDARD LIFE INSURANCE,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MASOOMEH ASHOORI MATINI** )<br>)<br>**Defendant.** ) | Civil Action No.: 1:05CV01101 |

## PRAECIPE OF ADDRESS CHANGE

Please be advised of the change in address for the undersigned counsel. From now on kindly send all correspondence to the following address:

> Taylor, Sylla & Agin, LLP
> The Commercial National Bank Building
> 1420 New York Avenue, NW
>   Suite 810
> Washington, DC 20005
> Phone: (202) 783-7830
> Fax: (202) 783-7858

Dated: May 17, 2006

> Sincerely,
>
> _____/s/_____
> Jean-Marie Sylla, Jr., Esq. #469371
> Taylor Sylla & Agin, LLP
> The Commercial National Bank Building
> 1420 New York Avenue, NW
>   Suite 810
> Washington, DC 20005
> (202) 783-7830
> *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing Praecipe of Address Change to be served via first class mail, postage prepaid, this 17th day of May 2006, upon:

Michael E. Geltner, Esq.
Geltner & Associates, P.C.
Number 10 E Street, SE
Washington, DC  20003

Bernard J. DiMuro, Esq.
Dimuro Ginsberg, P.C.
908 Kings Street, Suite 200
Alexandria, VA  22314

Jason Smolen, Esq.
Smolen Plevy
Fifth Floor
8045 Leesburg Pike
Vienna, VA 22182

Paul B. Ward, Esq.
8304 Old Courthouse Road, Suite B
 Vienna, Virginia 22182

_____/s/_____
Jean-Marie Sylla, Jr.