# GOVERNMENT OF THE DISTRICT OF COLUMBIA – DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

| 1a. DECEDENT'S LEGAL NAME (Include AKAs if any) (First, Middle, Last) | | | 1b. DECEDENT'S AKA | 2. SEX | 3. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| HOUMAN     MICHAEL     MATINI | | | | MALE | 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 |
| 4a. AGE - Last Birthday (Years) 36 | 4b. UNDER 1 YEAR Months / Days | 4c. UNDER 1 DAY Hours / Minutes | 5. DATE OF BIRTH (Mo/Day/Yr) 7/9/1968 | | 6. BIRTHPLACE (City and state or foreign country) Iran |
| 7a. RESIDENCE - STATE Virginia | | 7b. COUNTY Fairfax | | 7c. CITY, TOWN, OR LOCATION Vienna | |
| 7d. STREET AND NUMBER AND QUADRANT 1919 Gables Ln. | | 7e. APT. NO | 7f. ZIP CODE 22182 | | 7g. INSIDE CITY LIMITS? ☐YES ☒NO |
| 8. EVER IN US. ARMED FORCES? ☐YES ☒NO | 9. MARITAL STATUS AT TIME OF DEATH ☐Married ☒Married, but separated ☐Divorced ☐Never Married ☐Widowed ☐Unknown | | 9b. MAIDEN NAME (if decedent was married woman, enter maiden name) | | 10. SURVIVING SPOUSE (if wife, give name prior to first marriage) Massomeh Ashoori |
| 11. FATHER'S NAME (First, Middle, Last) Nasser     Matini | | | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) Mahin     Ferdows | | |
| 13a. INFORMANT'S NAME Alex  Matini | | 13b. RELATIONSHIP TO DECEDENT brother | 13c. MAILING ADDRESS (Street and Number and Quadrant, City, State, Zip Code) 1015 33rd St. ,N.W, Wash., D.C. 20007 | | |

### 14. PLACE OF DEATH (Check only one)

| IF DEATH OCCURRED IN A HOSPITAL: ☒Inpatient ☐ER/Outpatient ☐DOA | IF DEATH OCCURRED SOMEWHERE OTHER THAN HOSPITAL: ☐Hospice Facility ☐Nursing Home/Long Term Care Facility ☐Decedent's Home ☐ Other (Specify) |
|---|---|
| 15. FACILITY NAME (if not institution, give street and number) GEORGE WASHINGTON UNIVERSITY HOSPITAL | 16. CITY, TOWN, STATE, ZIP CODE WASHINGTON, D.C. | | 17 COUNTY OF DEATH |
| 18. METHOD OF DISPOSITION ☒Burial ☐Donation ☐Cremation ☐Entombment ☐ Removal from District of Columbia ☐ Other | 19a. PLACE OF DISPOSITION (Name of cemetery or crematory, other place) National Memorial Park | 19b. DATE OF DISPOSITION 2/25/05 |
| 20. LOCATION - CITY OR TOWN AND STATE Falls Church, VA | 21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY Universal, Inc. 411 Kennedy St. N.W, Wash. D.C. 20001 | |
| 22. SIGNATURE OF FUNERAL SERVICE LICENSEE | 23. LICENSE NUMBER 064 | |

| ITEMS 24 - 28 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH | 24. DATE PRONOUNCED DEAD (Mo/Day/Yr) FEBRUARY 20, 2005 | 25. TIME PRONOUNCED DEAD 1:01 P.M. |
|---|---|---|
| 26. SIGNATURE OF PERSON PRONOUNCING DEATH (Only when applicable) | 27. LICENSE NUMBER | 28. DATE SIGNED (Mo/Day/Yr) |
| 29. ACTUAL OR PRESUMED DATE OF DEATH N/A | 30. ACTUAL OR PRESUMED TIME OF DEATH N/A | 31a. WAS MEDICAL EXAMINER CONTACTED? ☒YES ☐NO | 31b. ME CASE NUMBER 05-0520 |

### CAUSE OF DEATH (See Instructions and examples)

32. PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. BLUNT IMPACT HEAD, NECK AND CHEST TRAUMA | | |
| | DUE TO (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. b. | DUE TO (or as a consequence of): | |
| c. | DUE TO (or as a consequence of): | |
| d. | | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 33. WAS AN AUTOPSY PERFORMED? ☒YES ☐NO |
|---|
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒YES ☐NO |

| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐YES ☐PROBABLY ☐NO ☐UNKNOWN | 36. IF FEMALE ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant within 43 days to 1 year before death ☐ Unknown if pregnant within past year | 37. MANNER OF DEATH ☐ Natural ☒ Accident ☐ Suicide ☐ Homicide ☐ Pending investigation ☐ Could not be determined |
|---|---|---|
| 38. DATE OF INJURY (Mo/Day/Yr) (Spell Month) FEBRUARY 20, 2005 | 39. TIME OF INJURY APPROX. 2:10 A.M. | 40. PLACE OF INJURY (Decedent's home, construction site, restaurant, wooded area) STREET | 41 INJURY AT WORK? ☐YES ☒NO |
| 42. LOCATION OF INJURY: State: WASHINGTON | | City or Town: D.C. | |
| Street and Number: 3600 BLK. OF M ST. N.W. | Apartment No.: | Zip Code: | |
| 43. DESCRIBE HOW INJURY OCCURRED: DRIVER INVOLVED IN ACCIDENT | | 44. IF TRANSPORTATION ACCIDENT, SPECIFY: ☒Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (specify) | |

| 45. CERTIFIER (Check only one) ☐ Certifying physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Pronouncing and Certifying physician - To the best of my knowledge, death occurred at the time, date, and place due to the cause(s) and manner stated. ☒ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place and due to the cause(s) and manner stated. |
|---|
| Signature of Certifier: [signature]   M.D. | Print Name: CONSTANCE R. DIANGELO, M.D. |
| 46. NAME, TITLE AND ADDRESS OF CERTIFIER (Type or print) CONSTANCE R. DIANGELO, M.D.  1910 MASSACHUSETTS AVENUE SE, WDC | | | |
| AUTHORITY OF CREMATION DATE | 47. TITLE OF CERTIFIER | 48. LICENSE NUMBER | 49. DATE CERTIFIED (Mo/Day/Yr) 02.22.05 | 50. FOR REGISTRAR ONLY - DATE FILED (Mo/Day/Yr) |

| 51. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death) ☐ 8th grade or less (Grade/no grades) ☐ 9th - 12th grade, but no diploma ☐ High school graduate or GED completed ☐ Some college credit, but no degree ☐ Associate degree (e.g., AA, AS) ☒ Bachelor's degree (e.g., BA, AB, BS) ☐ Master's degree (e.g., MA, MBA, MEd, MSW) ☐ Doctorate or professional degree (e.g., PhD, EdD, MD, DDS, DVM, LLB, JD, PharD) ☐ Unknown | 52. DECEDENT OF HISPANIC ORIGIN? (Check one or more boxes to best describe whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino) ☒ No ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (specify) ☐ Unknown | 53. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be) ☒ White ☐ Black or African American ☐ American Indian or Alaska Native (Name of enrolled or principal tribe) ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian (specify) ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander (specify) ☐ Other (specify) ☐ Unknown |
|---|---|---|
| 54. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life. Do not use retired.) Management | | |
| 55. KIND OF BUSINESS / INDUSTRY Information Technology | | |
| REMARKS: - IF DECEDENT UNDER 1 YEAR, ENTER PLACE OF BIRTH - HOSPITAL OR ADDRESS, IF NOT IN HOSPITAL | | |

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD.

March 1, 2005
DATE ISSUED

*Julia Davidson-Randall*
JULIA DAVIDSON-RANDALL,
REGISTRAR



**PLAINTIFF'S EXHIBIT**
A