**RELIANCE STANDARD**
Life Insurance Company

Proof of Loss Claim Statement
Group Life/Accidental Death Insurance

## EMPLOYER/ADMINISTRATOR INSTRUCTIONS

The Employer/Administrator must complete PART A in its entirety. The Beneficiary must complete The Authorization for Use in Obtaining Information and PARTS B and C.

Return this form to:
    Reliance Standard Life Insurance Company
    Attn: Group Life Claims
    P.O. Box 8330
    Philadelphia, PA 19101-8330
    Phone 1-800-351-7500

In addition to the claim form, the following items are required:
1. Certified Death Certificate (with raised or colored seal) providing the final cause of death.
2. Original enrollment forms and any subsequent changes, including all beneficiary designations.
3. Payroll records for two (2) months prior to the date last worked confirming premium deduction (if the employee was required to pay any portion of the premiums for this insurance).
4. Additional documents are required if the beneficiary is a Minor or an Estate-See next page for additional information.
5. If Accidental Death Benefits are being claimed, provide any police report, autopsy report and/or relevant newspaper clippings.

Any benefit payments of $5,000 or more will be deposited into an RSL Asset Account ®. RSL will establish an interest-bearing account for each Beneficiary and provide him/her with personalized checks and access to the account.

A separate form must be completed and signed by each Beneficiary. In certain instances, we may require completion of the Attending Physician's Statement (Part D). Also, on a small number of cases, additional information may be required. Submission of the above information does not waive our right to request additional information, or waive any of our rights or defenses, or admit liability.

### PART A: EMPLOYER/ADMINISTRATOR INFORMATION

| Employer Name and Address | Policy Number |
|---|---|
| SYTEX, Inc. 2003 S. Easton Rd, Ste 304, Doylestown | GL 134491 |
| Division Name and Address: PA 18901 | Employee Social Security Number: 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 |

| Employee Name and Address | Date Employment Commenced |
|---|---|
| H. Michael Metini, 8360 Greensboro Dr. #1006, McLean, VA 22102 | 11-01-1996 |

| Was Insurance in Effect on Date of Loss? ☒ Yes ☐ No | If No, Termination Date of Coverage | Date of Birth: 7-9-68 | Date of Death: 2-21-05 | Employee Occupation/Title/Position: Sr. Associate 3 |
|---|---|---|---|---|

| Effective Date of Coverage for Employee: 11-01-1996 | Insurance Class (Refer to Policy Schedule of Policy) | Salary on Last Benefit Change Date: $89,101 ☐ Hrly ☐ Wkly ☐ Mthly ☒ Annly | Date Premium Paid To On Employee's Behalf: 2-28-05 |
|---|---|---|---|

| Life Benefit in Force: 133,652.— | Are Accidental Death Benefits Being Claimed? ☒ Yes ☐ No Amount Claimed $ | Date of Last Salary Increase: 12-16-03 | Date of Last Benefit Increase: 12-16-03 |
|---|---|---|---|

Status of Employee on Date
☒ Active ☐ Retired ☐ Premium Waiver for Disability ☐ Approved Leave of Absence (Explain) ☐ Other (Explain)

| Usual Number of Hours Employee Worked Per Week | Date Employee Last Worked Usual Number of Hours: 2-18-05 | Reason Employee Did Not Return to Work: Death |
|---|---|---|

| Employee Was: (Check All That Apply) | ☒ Full-time ☐ Part-time | ☐ Union ☐ Non-Union | ☐ Hourly ☒ Salaried | ☐ Exempt ☐ Non-Exempt | ☐ Commissioned ☐ Other (Explain) |
|---|---|---|---|---|---|

If Claim is For Dependent, Provide the Following:

| Dependent's Name and Address | Social Security Number | Relationship | Amount of Benefit |
|---|---|---|---|
| | | | |

### EMPLOYER/ADMINISTRATOR SIGNATURE

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunctions with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.

| Phone Number: (215) 348-3395 | Fax Number: (215) 348-5416 | Email Address: rmills@corp.sytexinc.com |
|---|---|---|
| Employer/Administrator Name (Please Print): Ronnie Mills | Employer/Administrator Signature: Ronnie Mills | Date: 2-28-05 |

Be Sure the Authorization For Use in Obtaining Information and Parts B and C are Completed

EF-1038

PLAINTIFF'S EXHIBIT E

## PART B: IMPORTANT TAX INFORMATION

**To Be Completed By Beneficiary**

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct Social Security Number or Taxpayer Identification Number and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends; or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Strike out clause (2) if you are currently under notification that you are subject to backup withholding.)

By signing this form the beneficiary has read and agrees with the terms of the statement as well as any accompanying information.

Social Security Number/Tax ID Number: 225959569

Signature of the Beneficiary: [signature]

If applicable, this signature specimen will be used on the RSL Asset Account.

Date Signed (month, day, year): 03/07/05

## PART C: BENEFICIARY INFORMATION

In order to assure prompt processing, please be sure to provide the IMPORTANT TAX INFORMATION above. Be certain the Authorization for Use in Obtaining Information is signed by the next of kin or authorized representative of the deceased. The completed and signed claim form along with the Certified Death Certificate and other required items should be returned to the Employer/Administrator for submission. If you are interested in an optional Method of Settlement rather than a lump sum payment, please contact us at the address or telephone number on this form for the plans that are available. Important: Upon approval of this claim, if the benefit amount is $5,000 or more, we will deposit the benefit into an interest bearing account in your name and provide you with access to it.

| Name of Beneficiary | Relationship To Employee | Beneficiary's Date of Birth | Address of Beneficiary (No., Street, City, State) |
|---|---|---|---|
| Masoomeh Ashoori Mafi | wife | 06/20/77 | 1800 Old Meadow Rd. #1011, McLean, VA 22102 |

Note: If any designated beneficiary is deceased, submit that beneficiary's certificate of death. If beneficiary is the Deceased's Estate, provide certified Letters of Administration or Letters Testamentary along with the Estate's Tax ID Number. If beneficiary is a minor, provide certified Letters of Guardianship for the minor's Estate and the minor's social security number. The Guardian should sign Part B (IMPORTANT TAX INFORMATION) above, and should also sign where indicated below in his/her capacity on behalf of the Estate of the Minor.

List Other Insurance Coverage in Force At the Time of the Insured's Death

| Companies | Policy Number | Effective Date | Amount of Insurance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunctions with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.

| Signature of Beneficiary | Business Phone No. (cell) | Home Phone No. | Date |
|---|---|---|---|
| [signature] | (703) 898-8208 | (703) 893-5083 | 03/07/05 |

## PART D: ATTENDING PHYSICIAN'S STATEMENT

Completion of PART D may help to expedite the processing and review of this claim.

Name of Deceased: Hooman Michael Mafini

Names(s)/Address(es) of all physicians who treated Deceased:

**Cause of Death**

| Principal Cause | | Date of Onset |
|---|---|---|
| Contributing Cause | | Date of Onset |

| I Attended Deceased | From (Date) | To (Date) |
|---|---|---|

Was deceased unable to work due to illness or injury prior to date of death? ☐ Yes ☐ No

If "Yes" please state date on which such illness or injury prevented the deceased from working:

Was Death Due To: ☒ Accident? ☐ Suicide? ☐ Homicide?

If caused by accident, was it associated with his/her occupation? ☐ Yes ☒ No

Name of Physician (Please Print):

Address of Physician: George Washington University Hospital

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunctions with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.

| Date | Phone Number | Fax Number | Physician's Signature | Degree |
|---|---|---|---|---|
| 03/07/05 | ( ) | ( ) |  |  |

EF-1038