IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RELIANCE STANDARD<br>LIFE INSURANCE COMPANY, | : <br> : <br> : | |
| Plaintiff, | : <br> : | |
| v. | : <br> : | Civil Action No.: 1:05CV01101 (HHK) |
| | : | |
| MASOOMEH ASHOORI MATINI, | : <br> : | |
| and | : <br> : | |
| F. ALEXANDER MATINI, | : <br> : | |
| Claimants. | : | |

## ORDER

Upon consideration of claimant Masoomeh Ashoori Matini's Motion for Summary Judgment, the Memorandum of Points and Authority in Support thereof, and any Memorandums in Opposition filed thereto; it is hereby

ORDERED that claimant Mrs. Matini's Motion for Summary Judgment is GRANTED; it is further

ORDERED that the Clerk of the Court shall disburse the entire balance of the interpleaded funds made payable to DiMuro Ginsberg, P.C., as agents for Mrs. Matini.

Entered this ____ day of _____, 2006.

_____
Judge Henry H. Kennedy, Jr.
United States District Court for the
District of Columbia

.

SEND COPIES TO:

Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Jean-Marie Sylla, Jr., Esq.
Taylor, Sylla & Agin, LLP
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005
*Counsel for Reliance Standard*

Michael E. Geltner, Esq.
GELTNER & ASSOCIATES, P.C.
Number 10 E Street, S.E.
Washington, D.C. 20003
*Counsel for Claimant*
*F. Alexander Matini*

Paul B. Ward, Esq.
8304 Old Courthouse Road, Suite B
Vienna, VA 22182
*Counsel for Claimant*
*F. Alexander Matini*

Jason D. Smolen, Esq.
SMOLEN PLEVY
8045 Leesburg Pike, Suite 450
Vienna, VA 22182
(703) 790-1754 (facsimile)
*Co-counsel for Claimant*
*Masoomeh Ashoori Matini*

2