IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.:  1:05CV01101(HHK) |
| **MASOOMEH ASHOORI MATINI,** | : | |
| and | : | |
| **F. ALEXANDER MATINI,** | : | |
| Claimants. | : | |
| **MASOOMEH ASHOORI MATINI** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.:  1:05CV02254(HHK) |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | : | |
| Defendant. | : | |

**MOTION TO ADMIT HILLARY J. COLLYER *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, Bernard J. DiMuro of DiMuroGinsberg, P.C., hereby moves the admission of Hillary J. Collyer of DiMuroGinsberg, P.C., *pro hac vice*.  Ms. Collyer's Declaration is attached hereto.

It is requested that Ms. Collyer be permitted to handle all matters in this litigation without the presence of Mr. DiMuro, who will nevertheless be available to advise as necessary throughout the case.

Respectfully Submitted,

MASOOMEH ASHOORI MATINI
By Counsel


_/s/_____
Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was faxed and mailed, postage prepaid this 26th day of May, 2006 to the following:

Jean-Marie Sylla, Jr., Esq.
Taylor, Sylla & Agin, LLP
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005
*Counsel for Reliance Standard*

Michael E. Geltner, Esq.
GELTNER & ASSOCIATES, P.C.
Number 10 E Street, S.E.
Washington, D.C. 20003
*Counsel for Defendant*
*F. Alexander Matini*

Paul B. Ward, Esq.
8304 Old Courthouse Road, Suite B
Vienna, VA 22182
*Counsel for Defendant*
*F. Alexander Matini*

Jason D. Smolen, Esq.
SMOLEN PLEVY
8045 Leesburg Pike, Suite 450
Vienna, VA 22182
(703) 790-1754 (fax)
*Co-counsel for Defendant*
*Masoomeh Ashoori Matini*

_/s/_____
Bernard J. DiMuro