IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RELIANCE STANDARD** | : | |
| **LIFE INSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.:  1:05CV01101 |
| | : | (HHK) |
| | : | |
| **MASOOMEH ASHOORI MATINI,** | : | |
| | : | |
| and | : | |
| | : | |
| **F. ALEXANDER MATINI,** | : | |
| | : | |
| **Claimants.** | : | |

### CLAIMANT MASOOMEH ASHOORI MATINI'S MOTION TO TREAT HER MOTION FOR SUMMARY JUDGMENT AS CONCEDED

Claimant Masoomeh Ashoori Matini ("Ms. Matini") hereby moves this Court, pursuant to Local Rule 7(b), to treat her previously filed motion for summary judgment as conceded and enter judgment in her favor as to the amounts placed with the Court by the plaintiff, Reliance Standard Life Insurance Company ("Reliance").  Based upon claimant F. Alexander Matini's failure to file an opposing memorandum of points and authorities within the prescribed time, as well as the undisputed record facts in this interpleader action, as set forth in greater detail in the memorandum of points and authorities in support of her motion for summary judgment and in the accompanying legal memorandum, Ms. Matini is entitled to the insurance proceeds at issue. Accordingly, she respectfully asks the court to grant her motion for summary judgment and order dispersal of the insurance proceeds which have been deposited with this Court.

Respectfully Submitted,

MASOOMEH ASHOORI MATINI

By Counsel

____/s/_____
Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via facsimile and first-class mail, postage prepaid this 29th day of June, 2006 to the following:

Jean-Marie Sylla, Jr., Esq.
Taylor, Sylla & Agin, LLP
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005
*Counsel for Reliance Standard*

Michael E. Geltner, Esq.
GELTNER & ASSOCIATES, P.C.
Number 10 E Street, S.E.
Washington, D.C. 20003
*Counsel for Claimant*
*F. Alexander Matini*

Paul B. Ward, Esq.
8304 Old Courthouse Road, Suite B
Vienna, VA 22182
*Counsel for Claimant*
*F. Alexander Matini*

Jason D. Smolen, Esq.
SMOLEN PLEVY
8045 Leesburg Pike, Suite 450
Vienna, VA 22182
(703) 790-1754 (fax)
*Co-counsel for Claimant*
*Masoomeh Ashoori Matini*

____/s/_____
Bernard J. DiMuro

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RELIANCE STANDARD** | : | |
| **LIFE INSURANCE COMPANY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 1:05CV01101 |
| | : | (HHK) |
| | : | |
| **MASOOMEH ASHOORI MATINI,** | : | |
| | : | |
| and | : | |
| | : | |
| **F. ALEXANDER MATINI,** | : | |
| | : | |
| Claimants. | : | |

**CLAIMANT MASOOMEH ASHOORI MATINI'S MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION TO
TREAT HER MOTION FOR SUMMARY JUDGMENT AS CONCEDED**

Claimant Masoomeh Ashoori Matini ("Ms. Matini"), by counsel, hereby submits this Memorandum of Points and Authorities in Support of her Motion to Treat Her Motion for Summary Judgment as Conceded.

1.      On May 23, 2006, Ms. Matini filed and served upon the opposing parties a motion for summary judgment.  Accordingly, pursuant to Local Rule 7(b), claimant F. Alexander Matini ("Alex Matini") had eleven days from the date of service to file a memorandum of points and authorities in opposition to Ms. Matini's motion.[1]

2.      It has been over thirty (30) days and Alex Matini has failed to file any response to Ms. Matini's motion for summary judgment.

3.      Moreover, Alex Matini failed to file an answer or other responsive pleading to

---

[1] Ms. Matini notes that this is an interpleader action and plaintiff Reliance Standard Life Insurance Company ("Reliance") has interplead the proceeds of two insurance policies with the Court and has no interest in such funds itself.

Reliance's amended interpleader complaint (which was filed on October 5, 2005).

4. Additionally, despite Reliance's attempts to confer with Alex Matini's counsel, Alex Matini did not participate in the meet and confer statement which was submitted to the Court by Reliance and Ms. Matini on May 23, 2006. Likewise, Alex Matini's counsel did not appear at the initial scheduling conference held on May 30, 2006.

5. Despite being served with all papers filed in this action, Alex Matini has not submitted a response or other filing in this case since July 8, 2005 when he filed a motion in opposition to Ms. Matini's motion to dismiss the original interpleader complaint.

6. Ms. Matini's husband passed away on February 20, 2005 and this action has been pending since June 2, 2005. The delay in receiving the insurance proceeds from her deceased husband's policies, to which she is clearly entitled to under the law, has caused and continues to cause Ms. Matini great hardship.

WHEREFORE, Claimant Masoomeh Ashoori Matini asks that the Court treat her motion for summary judgment as conceded, grant her motion for summary judgment, and enter an order awarding her the insurance proceeds at issue.

> Respectfully Submitted,
>
> MASOOMEH ASHOORI MATINI
> By Counsel

_____/s/_____
Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing was served via facsimile and first-class mail, postage prepaid this 29th day of June, 2006 to the following:

        Jean-Marie Sylla, Jr., Esq.
        Taylor, Sylla & Agin, LLP
        1420 New York Avenue, N.W.
        Suite 810
        Washington, D.C. 20005
        *Counsel for Reliance Standard*

        Michael E. Geltner, Esq.
        GELTNER & ASSOCIATES, P.C.
        Number 10 E Street, S.E.
        Washington, D.C. 20003
        *Counsel for Claimant*
        *F. Alexander Matini*

        Paul B. Ward, Esq.
        8304 Old Courthouse Road, Suite B
        Vienna, VA 22182
        *Counsel for Claimant*
        *F. Alexander Matini*

        Jason D. Smolen, Esq.
        SMOLEN PLEVY
        8045 Leesburg Pike, Suite 450
        Vienna, VA 22182
        (703) 790-1754 (fax)
        *Co-counsel for Claimant*
        *Masoomeh Ashoori Matini*

                _____/s/_____
                Bernard J. DiMuro