IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RELIANCE STANDARD** : | |
| **LIFE INSURANCE COMPANY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 1:05CV01101 |
| : | (HHK) |
| : | |
| **MASOOMEH ASHOORI MATINI,** : | |
| : | |
| and : | |
| : | |
| **F. ALEXANDER MATINI,** : | |
| : | |
| **Claimants.** : | |

## ORDER

Upon consideration of claimant Masoomeh Ashoori Matini's motion to treat her previously filed motion for summary judgment as conceded and enter judgment in her favor as to the amounts placed with the Court by the plaintiff, Reliance Standard Life Insurance Company, the memorandum of points and authority in support thereof, and any memorandums in opposition filed thereto; it is hereby

ORDERED that claimant Mrs. Matini's motion to treat her previously filed motion for summary judgment as conceded is GRANTED; it is further

ORDERED that claimant Mrs. Matini's motion for summary judgment is GRANTED; it is further

ORDERED that the Clerk of the Court shall disburse the entire balance of the interpleaded funds made payable to DiMuro Ginsberg, P.C., as agents for Mrs. Matini.

        Entered this ____ day of _____, 2006.

        _____
        Judge Henry H. Kennedy, Jr.
        United States District Court for the
        District of Columbia   .

SEND COPIES TO:

Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Jean-Marie Sylla, Jr., Esq.
Taylor, Sylla & Agin, LLP
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005
*Counsel for Reliance Standard*

Michael E. Geltner, Esq.
GELTNER & ASSOCIATES, P.C.
Number 10 E Street, S.E.
Washington, D.C. 20003
*Counsel for Claimant*
*F. Alexander Matini*

Paul B. Ward, Esq.
8304 Old Courthouse Road, Suite B
Vienna, VA 22182
*Counsel for Claimant*
*F. Alexander Matini*

Jason D. Smolen, Esq.
SMOLEN PLEVY
8045 Leesburg Pike, Suite 450
Vienna, VA 22182
(703) 790-1754 (facsimile)
*Co-counsel for Claimant*
*Masoomeh Ashoori Matini*

2