UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**MASOOMEH ASHOORI MATINI & F. ALEXANDER MATINI,**<br><br>Defendants. | Civil Action  05-01101 (HHK)<br>05-02254 |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 12th day of July, 2006, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of Masoomeh Ashoori Matini; and it is further

**ORDERED** and **ADJUDGED** that Masoomeh Ashoori Matini is entitled to the money that has been deposited in the registry of the Court, in the amount of $268,000, by Plaintiff Reliance Standard Life Insurance Company.

Henry H. Kennedy, Jr.
United States District Court

.